UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| STEPHEN MAYES, | ) |
| | ) |
| Plaintiff, | ) CASE NO. 1:19-cv-00146-GNS |
| | ) |
| vs. | ) |
| | ) |
| SIG SAUER, INC., | ) |
| | ) |
| Defendant. | ) |

**FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant SIG Sauer, Inc. ("SIG Sauer") herby files its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

1. SIG Sauer is owned by Sig Sauer US Holding LP, which in turn is owned by L&O Finance GmbH.

2. L&O Finance GmbH is thus identified as the parent corporation of SIG Sauer, Inc.

3. No publicly held corporation owns 10% or more of the stock of SIG Sauer, Inc.

Respectfully submitted,

*/s/ Marshall R. Hixson*
Marshall R. Hixson
Gregory P. Parsons
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507-1758
Telephone: (859) 226-2300
Facsimile: (859) 425-7909
mhixson@stites.com
gparsons@stites.com

*Counsel for Defendant SIG Sauer, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was served by filing electronically through the Court's ECF system on this 16th day of December, 2019, upon:

| | |
|---|---|
| Mike Breen<br>MIKE BREEN, ATTORNEY AT LAW, P.S.C.<br>870 Fairview Ave., Suite 5<br>P.O. Box 3310<br>Bowling Green, KY 42102<br>mike@mikebreen.com | Jeffrey S. Bagnell<br>55 Greens Farms Road, Suite 200-60<br>Westport, CT 06880<br>jbagnell@bagnell-law.com |

      */s/ Marshall R. Hixson*
      *Counsel for SIG Sauer, Inc.*

730380:1