IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| STEPHEN MAYES, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:19-cv-00146-GNS |
| SIG SAUER, INC., | |
| Defendant. | |

## **NOTICE OF SERVICE**

Defendant SIG Sauer, Inc. ("SIG Sauer") hereby gives notice to the Court and the parties

that it served its First Set of Requests for Production of Documents on Plaintiff to all counsel of

record by e-mail on the 13th day of February, 2020.

Respectfully submitted,

*/s/ Marshall R. Hixson*
Marshall R. Hixson
Gregory P. Parsons
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky  40507-1758
Telephone:  (859) 226-2300
Facsimile:  (859) 425-7909
mhixson@stites.com
gparsons@stites.com

and

Robert J. Kelly *(admitted pro hac vice)*
Littleton Park Joyce Ughetta & Kelly, LLP
141 West Front Street, Suite 120
Red Bank, NJ 07701
Telephone:  (732) 530-9100
Robert.Kelly@littletonpark.com

and

Robert L. Joyce *(admitted pro hac vice)*
Littleton Park Joyce Ughetta & Kelly, LLP
7 Manhattanville Road, Suite 202
Purchase, NY 10577
Telephone:  (914) 417-3400
Robert.Joyce@littletonpark.com
*Counsel for Defendant SIG Sauer, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served by filing electronically through the Court's ECF system on this 13th day of February, 2020, upon:

Mike Breen                                      Jeffrey S. Bagnell
MIKE BREEN, ATTORNEY AT LAW, P.S.C.             55 Greens Farms Road, Suite 200-60
870 Fairview Ave., Suite 5                      Westport, CT 06880
P.O. Box 3310                                   jbagnell@bagnell-law.com
Bowling Green, KY 42102
mike@mikebreen.com


*/s/ Marshall R. Hixson*
*Counsel for SIG Sauer, Inc.*

736020:1