IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| STEPHEN MAYES, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:19cv-00146(GNS) |
| SIG SAUER, INC., | : |
| Defendant. | : |
| | : |

## NOTICE OF SERVICE

Plaintiff Stephen Mayes hereby gives notice to the Court and the parties that he served his Federal Rule of Civil Procedure 26(a)(1) Disclosures on all counsel of record by e-mail this 18th day of February 2020.

    s/_____
Mike Breen
MIKE BREEN, ATTORNEY AT LAW, P.S.C.
870 Fairview Ave., Suite 5
P O Box 3310
Bowling Green, KY 42102-3310
Telephone: (270) 782-3030
Facsimile: (270) 782-3855
*mike@mikebreen.com*

    s/_____
Jeffrey S. Bagnell
Attorney at Law (admitted *Pro Hac Vice*)
55 Greens Farms Road, Suite 200-60
Westport, CT 06880
Telephone: (203) 984-8820
*jbagnell@bagnell-law.com*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

**Brian Keith Gibson**
Littleton Park Joyce Ughetta & Kelly LLP
4 Manhattanville Road, Suite 202
Purchase, NY 10577
Email: keith.gibson@littletonpark.com

**Gregory P. Parsons**
Stites & Harbison, PLLC - Lexington
250 W. Main Street, Suite 2300
Lexington, KY 40507-9144
859-226-2314
Fax: 859-253-9144
Email: gparsons@stites.com

**Marshall R. Hixson**
Stites & Harbison, PLLC - Lexington
250 W. Main Street, Suite 2300
Lexington, KY 40507-9144
859-226-2330
Fax: 859-253-9144
Email: mhixson@stites.com

**Robert L. Joyce**
Littleton Park Joyce Ughetta & Kelly LLP
4 Manhattanville Road, Suite 202
Purchase, NY 10577
914-417-3400
Fax: 914-417-3401
Email: robert.joyce@littletonpark.com

**Robert J. Kelly**
Littleton Park Joyce Ughetta & Kelly, LLP - New Jersey
141 West Front Street, Suite 120
Red Bank, NJ 07701

Email: robert.kelly@littletonpark.com

This February 18, 2020.

                                                     _____/s/_____
                                                     Jeffrey S. Bagnell