# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | | |
|---|---|---|
| **STEPHEN MAYES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO: 1:19-cv-146-GNS** |
| vs. | ) | |
| | ) | **JUDGE GREG N. STIVERS** |
| **SIG SAUER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO INTERVENE ON BEHALF OF ANTHEM HEALTH PLANS OF KENTUCKY, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD

Anthem Health Plans of Kentucky, Inc. d/b/a/ Anthem Blue Cross and Blue Shield ("Anthem"), in accordance with CR 24, moves this Honorable Court for entry of an Order permitting its intervention and the filing of its Intervening Complaint.

In support of this Motion, Anthem, as an Intervening Plaintiff, states that at all times relevant herein, Plaintiff Stephen Mayes ("Plaintiff") was a covered member under a health plan insured by Anthem ("Plan"); that the Plan has paid benefits in the amount of at least $32,969.17 on behalf of Plaintiff for injuries believed to be related to the incident, which occurred on or about October 30, 2018, which is the subject of the Complaint; and that the Plan has a right of subrogation and reimbursement to the extent of benefits paid on behalf of Plaintiff.

WHEREFORE, Anthem, as an Intervening Plaintiff, prays for the entry of an Order permitting its intervention and the filing of its Intervening Complaint, which, along with a proposed Order granting this Motion, has been contemporaneously filed herewith.

Respectfully submitted,

*/s/ Austin J. Flaugh*
Austin J. Flaugh (KBA 98053)
LANDRUM & SHOUSE, LLP
106 W Vine Street, Suite 800
Lexington, KY 40507
Telephone: (888) 322-2505
Facsimile: (859) 554-4038
aflaugh@landrumshouse.com

*Counsel for Intervening Plaintiff, Anthem Health Plans of Kentucky, Inc. d/b/a Anthem Blue Cross and Blue Shield*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served in accordance with CR 5, via electronic filing, U.S. Mail, first class postage pre-paid, e-mail, and/or facsimile to the following on this the 6TH day of August, 2020:

Mike Breen, Esq.
MIKE BREEN, ATTORNEY AT LAW, P.S.C.
870 Fairview Ave, Suite 5
P.O. Box 3310
Bowling Green, KY 42102-3310
mike@mikebreen.com
*Counsel for Plaintiff*

Jeffrey S. Bagnell, Esq.
55 Greens Farms Road, Suite 200-60
Westport, CT 06880
jbagnell@bagnell-law.com
*Counsel for Plaintiff*

Brian Keith Gibson, Esq.
Robert L. Joyce, Esq.
Robert J. Kelly, Esq.
LITTLETON, PARK, JOYCE, UGHETTA & KELLY, LLP
4 Manhattanville Road, Suite 202
Purchase, NY 10577
Keith.gibson@littletonpark.com
Robert.joyce@littletonpark.com
Robert.kelly@littletonpark.com
*Counsel for Defendant, SIG Sauer, Inc.*

*/s/ Austin J. Flaugh*
Austin J. Flaugh