## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

### CIVIL ACTION NO. 1:19-CV-146-GNS

| | |
|---|---|
| **STEPHEN MAYES** | **PLAINTIFF** |
| VS.    **SUPPLEMENTAL EXPERT WITNESS DISCLOSURE OF KATHLEEN M. CHARD, PhD** | |
| **SIG SAUER, INC., *ET AL.*** | **DEFENDANT** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to FRCP 26 the Plaintiff attached herewith the Expert Disclosures of Dr. Kathleen Chard:

1. Fee Schedule;
2. Curriculum Vitae; and
3. Testimony.

This August 2, 2021.

 

s/ Mike Breen
Mike Breen, KBA #07345
MIKE BREEN, ATTORNEY AT LAW, P.S.C.
870 Fairview Ave., Suite 5
P O Box 3310
Bowling Green, KY 42102-3310
Telephone: (270) 782-3030
Facsimile: (270) 782-3855
*mike@mikebreen.com*

1

                    **s/ Jeffrey S. Bagnell**
                    Jeffrey S. Bagnell
                    Attorney at Law (admitted *Pro Hac Vice*)
                    55 Greens Farms Road, Suite 200-60
                    Westport, CT 06880
                    Telephone: (203) 984-8820
                    *jbagnell@bagnell-law.com*

## Certificate of Service

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Marshall R. Hixson, Esq.
Gregory P. Parsons, Esq.
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, KY 40507-1758
*mhixson@stites.com*
*gparsons@stites.com*

Robert J. Kelly, Esq.
LITTLETON PARK JOYCE UGHETTA & KELLY, LLP
141 West Front Street, Suite 120
Red Bank, NJ 07701
*Robert.Kelly@littletonpark.com*

Robert L. Joyce, Esq.
Brian Keith Gibson, Esq.
LITTLETON PARK JOYCE UGHETTA & KELLY, LLP
7 Manhattanville Road, Suite 202
Purchase, NY 10577
*Robert.Joyce@littletonpark.com*

      This August 2, 2021.

                            **/s/ Mike Breen**
                            Mike Breen, KBA #07345