CONFIDENTIAL PSYCHOLOGICAL EVALUATION

Name:  Stephen Mayes                      Procedures:
Sex: Male                                 Interview
Age:    53 (11/19/1966)                   Clinician Administered PTSD Scale
Date of Evaluation: 7/24/2020             Minnesota Multiphasic Personality Inventory- 2
Date of Report: Update 7/21/21

Records reviewed:
Franklin Simpson EMS
Graves-Gilbert Clinic notes
Mayes Medical Chronology
Sheriff's report

## I. BACKGROUND INFORMATION

Mr. Stephen Mayes is a 53-year-old White male who was referred for psychological evaluation to assess for PTSD and related disorders after experiencing an accidental shooting on 10/30/2018. Mr. Mayes's evaluation took 2.5 hours and included an interview, administration of the Clinician Administered PTSD Scale and the Minnesota Multiphasic Personality Inventory-2 (MMPI-2). Mr. Mayes was pleasant and forthcoming during the interview. This evaluation was conducted over Zoom due to the COVID pandemic.

## II. MENTAL STATUS EXAM & BEHAVIORAL OBSERVATIONS

For the interview Mr. Mayes's manner of dress was casual and his hygiene appeared to be good. During the interview Mr. Mayes was alert and eye contact during the interview was adequately focused. Speech quantity, both spontaneously and in response to questions, was appropriate. Speech quality was normal, and there was no suggestion of a foreign or strong regional accent, stuttering, articulation problems, or mimicking of the examiner's speech. Based on observations and mental status questions, Mr. Mayes's thought processes were logical and coherent. There were no indications of the presence of delusions. Mr. Mayes has no recent history of loss of consciousness or blackouts.

Mr. Mayes's mood was calm throughout the interview.  His affect, or emotional responsiveness was normal, and he did become tearful and expressed both remorse and anger when he talked about the traumatic event.  Mr. Mayes was animated and approachable during the interview.

## III. HISTORY
(History for this 54-year-old male was made by self-report and record review)

### A. Current Situation
Mr. Mayes stated that he is doing "pretty good, but I want this to be over with, I don't enjoy this" He also indicated that he is having difficulty moving on and letting go because "this is a faulty product that has gone off multiple times, so I feel like I have to do this".   He reported that he is currently able to mentally disengage from the incident then he was in the previous months.  He noted that the first time he went back to the site of the shooting, he ended up crying.  He stated

that even though he was very upset he forced himself to go to the site and sit there and it helped after a while.   He stated that his main goals in life are "to be here for my family" and his plans for a year from now are that he would "like to have a swimming pool for the grandkids".   He stated that "family and religion" are the most important things in his life and that faith helps him cope. He noted that he goes to Church both online and in-person due to COVID.   He noted that he has been married for 7 years to his second wife Nancy and he has two stepchildren ages 30 and 33. He indicated that he lives in Franklin and his grandson (age 7) comes to visit several times a week.

Mr. Mayes reported growing up in Franklin and his parents divorced when he was 8 or 9.   He stated that he was raised by both parents.  Prior to COVID he stated that he saw both his mother and father weekly and now he talks to his mother daily and his father, weekly.  He noted that he has one full brother that he is close to but that he mostly talks to on the phone.  He also indicated that he has a half-brother, but that they are not close and rarely talk.

**B. Activities of Daily Living**
Mr. Mayes reported that his schedule during the work week has changed due to COVID.  He reported that he typically works from home now and that most of his work is administrative, so he is on the phone a great deal.  In addition, he noted that he is only 4 minutes from the office so he can get to work quickly.  On the weekends he reported that he usually goes out to their farm by himself, but that his stepson (age 30) goes out to the farm 4-5 times a week, so he sees him there often on weekends.  On Saturday nights he indicated that they usually grill out and watch a movie and on Sunday he goes to Church.

Prior to COVID he noted that he enjoyed hunting, fishing, eating out, concerts and shooting.  He would like to go back to all of these when COVID is over.  To make himself feel better he likes to spend time with his grandson and go shooting.  He noted that it takes about 30 min to calm down when he is upset with a reminder of the shooting, but that family and his dog make him feel better.

Mr. Mayes reported that he has lots of friends and 3 close friends (2 female, 1 male) that have been lifelong friends.  He stated that he typically talks with them on the phone, but that he can go up to a month without talking and then pick up right where they left off.  He reported that he has grown apart from most of the males he was close to since elementary school.  He suggested that they are no longer good influences on his life, so it is better to spend less time with them.

 **C. Education/Employment**
Mr. Mayes stated that he completed 1 year of college at Western Kentucky University, and he became a police officer right after high school.  He noted that his stepfather was a police officer and that made the profession an easy choice.  He reported that he also worked at a liquor store for a year, where he met his first wife to whom he was married for approximately 3 years.   He stated he worked at Blue Grass Cellular for a short time and that he has been in the insurance business for 23 years and he is currently the office manager.

**D. Medical/Psychiatric History**
Mr. Mayes states that he is currently in pain an average of a 5/6 out of 10 and on his worst days an 8 out of 10.  He noted that he can tolerate a pain level of 5/6. The pain is mostly in his leg and creates difficulty when walking for too long.

He noted that he saw a therapist after his divorce in 1999 for 2-3 sessions and he was sent for a medication consult.  He noted that he was prescribed Paxil and that it was hard to come off it when he decided it was time.  He indicated that this experience has made him wary about taking a new medication for his current symptoms.  Mr. Mayes reported that his father was physically aggressive with his mother growing up, and it taught him how to mentally disengage, but that now everyone can get together for the holidays and there is no conflict.  He denies any other family mental health issues.

**E. Addiction/Substance Use History**
Mr. Mayes reported that he no longer drinks much alcohol, but that that he used to have a Bourbon for dinner several nights a week.  In addition, he noted that he used to drink beer in high school.  He reported that he has never smoked cigarettes.

**IV. EFFORT AND VALIDITY**
Based on the validity scales Mr. Mayes's MMPI-2 is valid. However, he responded to the test in a manner typically seen as defensive or overly cautious and unwilling to discuss his problems.  Thus, his responses may be an underrepresentation of his current psychological functioning.

**V. FINDINGS**
**A. MMPI-2**
The MMPI-2 is a 567-item computer-administered measure of personality and psychopathology. Raw scores are converted to T-Scores, which allow comparisons to normal populations. Scores over 65 are typically considered significant.  All of Mr. Mayes Clinical Scales were within the normal limits, however some of his content scales were elevated and thus the profile below is based on his entire pattern of responding.  Mr. Mayes scores suggest that he may be quiet, and he may tend to be self-critical and lacking in self-confidence. He is likely pessimistic regarding the future and although he does view his home life as positive and sees the people around him as a strong emotional support.  This information should be viewed with caution as it might reflect an underrepresentation of how Mr. Mayes is truly functioning.

MMPI-2

| Validity Scales | Score | Hypochondriasis | 51 |
|---|---|---|---|
| F | 42 | Depression | 59 |
| L | 52 | Hysteria | 54 |
| K | 64 | Psychopathic Deviate | 59 |
| | | Masculity/Feminity | 44 |
| VRIN | 42 | Paranoia | 53 |
| TRIN | 50 | Psychasthenia | 57 |
| FB | 42 | Schizophrenia | 54 |
| | | Hypomania | 47 |
| | | Social Introversion | 50 |

**B. CAPS**
The CAPS is a clinician administered measure of PTSD based on DSM-V criteria. Assessors must be trained by either an approved trainer or a CD-ROM training program. Individuals are first given a Life Events Checklist to determine the number and type of stressful life events the individual has experienced, witnessed, or confronted. The individual is then asked to discuss up. to the three worst events in more detail. Finally, PTSD symptom criteria are reviewed on any of

the events that meet criteria for a DSM-5 Criterion A traumatic event. The standard referent is typically 1 month, including the day of the examination.

When asked about past traumas that would meet Criterion A for PTSD, Mr. Mayes recounted having experienced several work-related incidents as a police officer including being shot at on two different occasions.  In addition, he reported witnessing domestic violence between his father and his mother as a child and finally the accidental shooting on 10/30/18. Note: EMS records support the accidental discharge of the weapon in keeping with Mr. Mayes report of the weapon going off for an unknown reason.  I evaluated the various incidents and Mr. Mayes stated that he does not have ongoing symptoms from his work incidents or his parent's domestic violence.  Thus, the accidental shooting was the only event that required evaluation for the remaining PTSD symptoms: reexperiencing, avoidance, cognitive/emotional and arousal symptoms. Mr. Mayes met criteria for PTSD, as evidenced by the following symptoms: having unwanted memories of the event, unpleasant dreams of the event, becoming physically upset when reminded of the event, avoiding thinking about the event, avoiding things that remind him of the event (mild), having strong negative beliefs about himself/others, blaming himself for the event, irritable or angry, less interested in activities, especially alert or watchful, strong startle reactions, difficulty experiencing love/happiness, emotionally upset when reminded of the event, having difficulty concentrating, and sleep problems.  Mr. Mayes stated that in the beginning he had great difficulty pushing the event from his mind, but he is trying to lessen the impact each time he thinks about it.  He stated that he has become even more precautionary around firearms and that watching people getting shot in movies causes strong reactions in him. He also indicated that he is startled by loud noises, and he becomes very distressed when people come up from behind to talk to him or touch him.

## VI. CONCLUSIONS

In sum, based on the clinical interview, record review MMPI-2 and the CAPS Mr. Mayes is a pleasant man who is experiencing Posttraumatic Stress Disorder due to his accidental shooting. Records reviewed suggest that the weapon discharged for an unknown reason when it should not have gone off and traumatic events that happen outside of the predictable often have a larger impact on individuals. It is probable that Mr. Mayes would be helped by an evidence-based, manualized Cognitive-Behavioral treatment for PTSD such as EMDR, Prolonged Exposure or Cognitive Processing Therapy.

Respectfully submitted,

*Kathleen M. Chard, PhD*

_____

Kathleen Chard, Ph.D.
Licensed Psychologist

# Kathleen M. Chard, PhD
1122 Herschel Ave
Cincinnati, Ohio 45208
513-225-5134

Re: Fee Schedule

Dr. Chard's fee structure is $3,000 per 3 hours for depositions and court testimony. Such work is billed in minimum three hour blocks of time. All other time spent on a case is billed at $350.00 per hour for review of records, interviews, testing, report writing and telephone or in-person conferences with attorneys. In addition, any expenses related to travel would also be billed to you.

As the attorney retaining Dr. Chard's services, you are responsible for any fees at time of billing. If left unpaid, it is the Doctors' discretion as to whether she will produce a final report or testify. Please make your checks payable to "Kathleen M. Chard" and send them to the address above.

If a deposition is required by opposing counseling a $3,000 deposit from opposing counsel is required two weeks prior to depositions. A $500 penalty will be charged for cancellation of depositions or testimony within 48 hours of the scheduled appointment.

Thank you for your business. I look forward to working with you.

Sincerely,


Kathleen M. Chard, Ph.D.

# KATHLEEN M. CHARD, Ph.D.

*Home:* *1122 Herschel Ave., Cincinnati, Ohio, 45208, 513/225-5134*
*Office:* *Cincinnati VAMC, 3200 Vine Street, Cincinnati, Ohio 45220, 513-861-3100 x4434*
*FAX: 859/572-6235 email: Kathleen.Chard@va.gov*

## Current Position

*3/15-present* Associate Chief of Staff for Research
Cincinnati Veterans Administration Medical Center, Cincinnati, Ohio

*1/14-present* Director, UC Health Stress Center
College of Medicine, University of Cincinnati, Cincinnati, Ohio

*9/13-present* Professor of Clinical Psychiatry and Behavioral Neuroscience
College of Medicine, University of Cincinnati, Cincinnati, Ohio

*9/08-present* CPT Implementation Director
Office of Mental Health Services, Department of Veterans Affairs

*6/04-present* Director, Trauma Recovery Center
Cincinnati Veterans Administration Medical Center, Cincinnati, Ohio

## Funded Research Activity

1/18-1/21    Co-Principal Investigator. *Psychometric Evaluation of the Clinician Administered PTSD Scale for DSM-5 (CAPS-5) and the PTSD Symptom Scale Interview for DSM-5 (PSSI-5) in an active duty and military veteran sample* Funded through IAA with USAMMDA and CVAMC. Direct costs: $4,300,000

1/17-1/21    Principal Investigator. *A Comparison of ART versus CPT in the treatment of PTSD.* Funded through the Chris T. Sullivan Foundation. Direct Costs: $1,000,000

3/15-3/18    Co-Investigator. NICHD (1 R21 HD079899-01A1). *Improving Treatments for Combat PTSD: Comparing CBCT versus CBCT/PMT and its impact on the Family System.* Direct costs: $250,000

8/13-07/15   Consultant. NIMH R21 MH099169. *Leveraging Clinical Materials to Monitor Fidelity to Cognitive Processing Therapy (CPT) for PTSD.* Direct costs: $338,508

7/13-12/20   Study Co- Chair. *PTSD: Comparative Effectiveness Research in Veterans with PTSD (CSP591).* Funded through the Department of Veterans Affairs Cooperative Studies Program. Direct costs: $12,000,000

7/08-3/14    Principal Investigator. *A comparison of CPT versus PCT in veterans.* Funded through the VA HS R&D Merit Review. Direct costs: $215,000

| | |
|---|---|
| 7/08-9/12 | Co-Principal Investigator. *Clinical Trial Consortium for Traumatic Brain Injury (TBI) and Post-traumatic Stress Disorder (PTSD); Clinical Site*. Funded through DOD TBI-PTSD Clinical Trial Site Award. Direct Costs: $1,500,000 |
| 4/08-9/12 | *Co-Investigator. Telemental Health and Cognitive processing Therapy for Rural Combat Veterans with PTSD*. Funded through DoD to Hawaii VA Health System. Direct Costs: $3,353,191 |
| 4/08 – 3/12 | Co-Investigator. *Cerebrospinal Fluid Neuropeptide Y in PTSD*. Funded through VA HSR&D Direct Costs:  $477,000 |
| 10/06-10/10 | Co-Investigator. *Manualized Treatment for Veterans with Military Sexual Trauma*. Funded through VA RR&D Merit Review to Dallas VA. Direct costs $721,443 |
| 8/04-12/06 | Site Investigator. *A randomized clinical trial of cognitive-behavioral treatment for PTSD in women*. Funded through the Department of Veterans Affairs Cooperative Study Program  #494. Direct Costs: $5,014,368 |
| 8/99-8/02 | Co- Principal Investigator. *Implementation and evaluation of a support-group network for families of severely injured children utilizing interactive video at regional sites in a rural state*. Funded through the Maternal and Child Health Bureau of the Health Resources and Service Administration. $300,000 |
| 2/97-1/00 | Principal Investigator. CPT-SA: *Cognitive Processing Therapy for Sexual Abuse*. Funded through the National Institute of Mental Health (NIMH).  $247,125 |
| 3/96-1/97 | Consultant. *Domestic Violence: Literature Review, Synthesis, and Implications for Practice*.  Funded as a subcontract by the United States Air Force (USAF) and the United States Department of Agriculture (USDA).  $28,903 |

**Refereed Publications**

79. Moring, J. C., Dondanville, K. A., Fina, B. A., Hassija, C., Chard, K., Monson, C., LoSavio, S. T., Wells, S. Y., Morland, L. A., Kaysen, D., Galovski, T. E., & Resick, P. A. (2020). Cognitive processing therapy for posttraumatic stress disorder via telehealth: Practical considerations during the COVID-19 pandemic. *Journal of Traumatic Stress*, 10.1002/jts.22544. Advance online publication. https://doi.org/10.1002/jts.22544

78. Scherrer, J.F., Salas, J., Schneider, D., Friedman, M.J., van den Berk-Clark, C., Chard, K.M., Norman, S.B., Lustman, P.J., Tuerk, P., Schnurr, P.P., Cohen, B.E. (in press) PTSD Improvement and Incident Cardiovascular Disease In more than 1,000 Veterans. Journal of Psychosomatic Research.

77. Scherrer JF, Salas J, Friedman MJ, Cohen BE, Schneider FD, Lustman PJ, van den Berk-Clark C, Chard KM, Tuerk P, Norman SB, Schnurr PP (2020, in press). Clinically Meaningful PTSD Improvement and Incident Hypertension, Hyperlipidemia and Weight Loss. Health Psychology.

76. Salas, J., Scherrer, J.F., Tuerk, P., van den Berk-Clark, C., Chard, K.M., Schneider, F.D., Schnurr, P.P., Friedman, M., Norman, S.B., Cohen, B.E., & Lustman, P. (2019, in press).

Large posttraumatic stress disorder improvement and antidepressant medication adherence. *Journal of Affective Disorders.*

75. Stayton, L. E., Martin, C. E., Pease, J. L. & Chard, K. M. (2019). Changes in suicidal ideation following cognitive processing therapy in a VA residential treatment program. *Military Psychology*, doi.org/10.1080/08995605.2019.1630230.

74. Scherrer, J. F., Salas, J., Norman, S. B., Schnurr, P. P., Chard, K. M., Tuerk, P., Schneider, F. D., van den Berk-Clark, C., Cohen, B. E., Friedman, M. J., Lustman, P. J. (2019). Association between clinically meaningful PTSD improvement and risk for type 2 diabetes. JAMA Psychiatry, doi:10.1001/jamapsychiatry.2019.2096.

73. Pastorek, N. J., Petska, K. S., Duchnick, J. J., Chard, K. M., & Belanger, H. G. (2019). Providing care for comorbid mental health conditions in the polytrauma system of care. *Journal of Head Trauma Rehabilitation, 34*, 150-157

72. Scherrer, J.F., Salas, J., Cohen, B. E., Schnurr, P. P., Schneider, F. D., Chard, K. M., Tuerk, P., Friedman, M. J., Norman, S. B., Berk-Clark, C., & Lustman, P. J. (2019). Comorbid conditions explain the association between posttraumatic stress disorder and incident cardiovascular disease. *Journal of the American Health Association, 8*, 1-11.

71. Scherrer, J. F., Salas, J., Lustman, P., Tuerk, P., Gebauer, S., Norman, S. B., Schneider, F.D., Chard, K.M., van den Berk-Clark, C., Cohen, B. E., Schnurr, P. P. (2019). Combined effect of posttraumatic stress disorder and prescription opioid use on risk of cardiovascular disease. *European Journal of Preventive Cardiology.*

70. Hoge, C. W. & Chard, K. M. (2018). A window into the evolution of trauma-focused psychotherapies for posttraumatic stress disorder. *Journal of the American Medical Association, 319*, 343-345.

69. Mohr, D. C., Rosen, C. S., Schnurr, P. P., Orazen, R. J., Noorbaloochi, S.….Chard, K. M…Sayer, N. A. (2018). The influence of team function and workload on sustainability of trauma-focused evidence-based psychotherapies. *Psychiatric Services, 69*, 879-886

68. Rosen, C. S., Bernardy, N. C., Chard, K. M., Clothier B, Cook J. M., Crowley J., Eftekhari A., Kehle- Forbes SM, Mohr DC, Noorbaloochi S, Orazem RJ, Ruzek JI, Schnurr PP, Smith BN, Sayer NA. (2018). Which Patients Initiate Cognitive Processing Therapy and Prolonged Exposure in Department of Veterans Affairs PTSD Clinics?, *Journal of Anxiety Disorders* https://doi.org/10.1016/j.janxdis.2018.11.003

66. Scherrer J. F., Salas J., Lustman P. J.,…Chard, K. M. (2018).  The Role of Obesity in the Association Between Posttraumatic Stress Disorder and Incident Diabetes. *JAMA Psychiatry*; 75(11):1189–1198. doi:10.1001/jamapsychiatry.2018.2028

65. Stayton, L. E., Dickstein, B. D., & Chard, K. M. (2018). Impact of self-blame on cognitive processing therapy: A comparison of treatment outcomes. *Journal of Traumatic Stress, 31*, 419-426.

64. Held, P., Owens, G. P., Monroe, J. R., & Chard, K. M. (2017). Increased mindfulness skills as predictors of reduced trauma-related guilt in treatment seeking veterans. Journal of Traumatic Stress, (online first).

63. Mesa, F., Dickstein, B. D., Wooten, V. D., & Chard, K. M. (2017). Response to Cognitive Processing Therapy in Veterans with and without sleep apnea. *Journal of Traumatic Stress, 30*, 646-655.

62. Lang, A. J., Schnurr, P. P., Jain S., He, F., Walser, R, D., …Chard, K. M. (2017). Randomized controlled trial of acceptance and commitment therapy for distress and impairment in OEF/OIF/OND veterans. *Psychological Trauma, 9,* 74-84.

61. Sayer, N. A, Rosen, C. S., Bernard, N. C., Cook, J. A., Orazem, R. J., Chard, K. M., Mohr, D.C., Kehle-Forbes, S. M., Eftekari, A., Crowley, J., Ruzek, J., Smith, B. N., Schnurr, P. P.

(2017). Context matters: Team and organizational factors associated with reach of evidence-based psychotherapies for PTSD in the veterans health administration. *Administration, Policy and Mental Health, 44*, 904-918.

60. Schumm, J. A., Gore, W. L., Chard, K. M., & Meyer, E. C. (2017). Examination of the WHODAS 2.0 as a Measure of Disability Severity among Veterans Receiving Cognitive Processing Therapy. *Journal of Traumatic Stress, 30,* 704-709.

59. Schumm, J. A., Pukay-Martin, N. D., Gore, W. L., & Chard, K. M. (2017). A comparison of veterans who repeat versus who do not repeat a course of manualized, cognitive-behavioral therapy for posttraumatic stress disorder. *Behavior Therapy*

58. Smith, T. L., Landes, S. J., Lester-Williams, K., Day, K., Batdorf, W., Brown, G. K., Trockel, M., Smith, B., Chard, K. M., Healy, E. T., & Weingardt, K. R. (2017). Developing alternative training delivery methods to improve psychotherapy implementation in the U.S. department of veterans affairs. *Training and Education in Professional Psychology*, (online first).

57. Gilman, R., O'Bryan, E., Chard, K., & Stewart, M. (2016). A review of psychosocial treatments for PTSD among youth. *Current Treatment Options in Psychiatry*

56. De Jongh, A., Resick, P. A., Zoellner, L. A., Minnen, A., Lee, C. W., Monson, C. M., ... & Rauch, S. A. (2016). Critical analysis of the current treatment guidelines for complex PTSD in adults. *Depression and anxiety, 33*, 359-369.

55. Wierwille, J. L., Pukay-Martin, N. D., Chard, K. M., & Klump, M. C. (2016). Effectiveness of PTSD telehealth treatment in a VA clinical sample. *Psychological services, 13*, 373-379.

54. Asamsama, H. O., Dickstein, B. D., & Chard, K. M. (2015). Do scores on the Beck depression Inventory-II predict outcome in cognitive processing therapy? *Psychological Trauma: Theory, Research, Practice and Policy, 7,* 437-41.

53. Morland, L. A., Mackintosh, M., Rosen, C. S., Willis, E., Resick, P., Chard, K., & Frueh, B. C. (2015). Telemedicine vs. in-person delivery of cognitive processing therapy for women with posttraumatic stress disorder: A randomized non-inferiority trial. *Depression and Anxiety,32,* 811-20.

52. Schumm, J.A., Monson, C.M., O'Farrell, T.J., Gustin, N., & Chard K.M. (2015). Couple treatment for alcohol use disorder and posttraumatic stress disorder: Pilot results from military veterans and their partners. *Journal of Traumatic Stress.*

51. Schumm, J. A., Walter, K. H., Bartone, A. S., & Chard, K. M. (2015). Veteran satisfaction and treatment preferences in response to a posttraumatic stress disorder specialty clinic orientation group. *Behaviour Research and Therapy, 69*, 75-82.

50. Schnurr, P. P., Chard, K. M., Ruzek, J. I., Chow, B. K., Shih, M., ...Lu, Y. (2015). Design of a VA cooperative study #591; CERV-PTSD, comparative effectiveness research in veterans with PTSD. *Contemporary Clinical Trials, 41*, 75-84.

49. Voelkel, E., Pukay-Martin, N. D., Walter, K. H., & Chard, K. M. (2015). Effectiveness of cognitive processing therapy for male and female U.S. veterans with and without military sexual trauma. *Journal of Traumatic Stress, 00*, 1-9.

48. Kaysen, D., Schumm, J., Pedersen, E., Seim, R.W., Bedard-Gilligan, M., & Chard, K. (2014). Cognitive processing therapy for veterans with comorbid PTSD and alcohol use disorders. *Addictive Behaviors, 39*, 420-427.

47. Morland, L. A., Mackintosh, M. A., Greene, C. J., Rosen, C. S., Chard, K. M., Resick, P., & Frueh, B. C. (2014). Cognitive processing therapy for posttraumatic stress disorder delivered to rural Veterans via telemental health: A randomized noninferiority clinical trial. *The Journal of Clinical Psychiatry, 75*, 470-476. doi: 10.4088/JCP.13m08842

46. Speicher, S. M., Walter, K. H., & Chard, K. M. (2014). Interdisciplinary residential treatment

of posttraumatic stress disorder and traumatic brain injury: Effects on symptom severity and occupational performance and satisfaction. *American Journal of Occupational Therapy, 68*, 412–421.

45. Walter, K. H., Dickstein, B. D., Barnes, S. M., & Chard, K. M. (2014). Comparing effectiveness of CPT to CPT-C among U.S. veterans in an interdisciplinary residential PTSD/TBI treatment program. *Journal of Traumatic Stress, 27*, 438-445.

44. Walter, K. H., Varkovitzky, R. L., Owens, G. P., Lewis, J., & Chard, K. M. (2014). Cognitive processing therapy for veterans with posttraumatic stress disorder: A cross-sectional and longitudinal comparison between outpatient and residential PTSD Treatment. *Journal of Consulting and Clinical Psychology, 82,* 551-61. doi: 10.1037/a0037075

43. Walter, K. H., Buckley, A. B., Simpson, J. M., & Chard, K. M. (2014). Residential PTSD treatment for female veterans with military sexual trauma: Does a history of childhood sexual abuse influence outcome? *Journal of Interpersonal Violence,* 6, 971-986.

42. Weaver, T.L., Walter, K. H., Chard, K. M.& Bosch, J. (2014). Residual injury, appearance-related concerns, symptoms of post-traumatic stress disorder, and depression within a treatment-seeking sample. *Military Medicine, 179*, 1067-1071.

41. Davis, J. J., Walter, K. H., Chard, K. M., Parkinson, R. B., & Houston, W. S. (2013). Treatment adherence in cognitive processing therapy for combat-related PTSD with history of mild TBI. *Rehabilitation Psychology, 58,* 36-42.

40. Dickstein, B. D., Walter, K. H., Schumm, J. A., & Chard, K. M. (2013). Comparing response to  cognitive processing therapy in military veterans with subthreshold and threshold posttraumatic stress disorder. *Journal of Traumatic Stress, 26*, 1-7.

39. Koucky, E. M., Dickstein, B. D., & Chard, K. M. (2013). Cognitive behavioral treatments for posttraumatic stress disorder: empirical foundation and new directions. *CNS Spectrums*, 18, 73-81.

38. Schumm, J.A., Fredman, S.F., Monson, C.M., & Chard, K.M. (2013). Cognitive-behavioral conjoint therapy for PTSD: Initial findings for Operations Enduring and Iraqi Freedom male combat veterans and their partners. *The American Journal of Family Therapy, 41,* 277-287.

37. Schumm, J. A., Walter, K. H., & Chard, K. M. (2013). Latent class differences explain variability in PTSD symptom changes during cognitive processing therapy for veterans. *Psychological Trauma: Theory, Research, Practice, and Policy.*

36. Suris, A., Link-Malcolm, J., Chard, K. M., Ahn, Chul, & North, Carol. (2013). A randomized clinical trial of cognitive processing therapy for veterans with PTSD related to military sexual trauma. *Journal of Traumatic Stress Research, 26*, 1-10.

35. Ammerman, R. T., Putnam, F. W., Chard, K. M., Stevens, J., Van Ginkel, J. B.  (2012). PTSD in depressed mothers in home visitation. *Psychological Trauma: Theory, Research, Practice, and Policy, 4*, 186-195.

34. Barnes, S. M., Walter, K. H., & Chard, K. M. (2012). Does a history of mild traumatic brain injury increase suicide risk in veterans with PTSD? *Rehabilitation Psychology, 57*(1), 18-26.

33. Chard, K. M., Ricksecker, E. G., Healy, E. T., Karlin, B. E., & Resick, P. A. (2012). Dissemination and experience with cognitive processing therapy. *Journal of Rehabilitation Research and Development, 49,* 667-678.

32. McIlvain, S. M., Walter, K. H., & Chard, K. M. (2012). Using CPT-C in a residential treatment setting with an OIF veteran with PTSD and a history of severe traumatic brain injury: A case study. *Cognitive and Behavioral Practice*, 20, 375-382

31. Schumm, J. A. & Chard, K. M. (2012). Alcohol and stress in the military. *Alcohol research*

*and health, 34,* 401-407.

30. Walter, K. H., Barnes, S. M., & Chard, K. M. (2012). The influence of comorbid MDD on outcome after residential treatment for veterans with PTSD and a history of TBI. Journal *of Traumatic Stress, 25,* 1-7.

29. Walter, K. H., Bolte, T. A., Owens, G. P., & Chard, K. M. (2012). The impact of personality disorders on treatment outcome for veterans in a posttraumatic stress disorder residential treatment program. *Cognitive Therapy Research, 36,* 576-584.

28. Walter, K. H., Kiefer, S. L., & Chard, K. M. (2012). The relationship between PTSD and post-concussive symptom improvement after completion of a PTSD residential treatment program. *Rehabilitation Psychology, 57*(1), 13-17.

27. Chard, K. M., Schumm, J., McIlvain, S., Bailey, G., & Parkinson, R. (2011). Exploring the efficacy of a CPT-Cognitive Only (CPT-C) focused residential treatment program for veterans with PTSD and traumatic brain injury. *Journal of Traumatic Stress, 24,* 347-351.

26. Gilman, R. C., Schumm, J. A., & Chard, K. M. (2011). Hope as a non-specific change mechanism in the treatment of posttraumatic stress disorder. *Psychological Trauma: Theory, Research, Practice, and Policy, 4,* 270-277.

25. Held, P., Owens, G. P., Schumm, J. A., Chard, K. M. & Hansel, J. (2011). Disengagement coping as a mediator between trauma-related guilt and PTSD severity. *Journal of Traumatic Stress, 24,* 708–715.

24. Miller, L. N., Chard, K. M., Schumm, J. A., Obrien, C. (2011). The impact of endorsing Spitzer's proposed criteria for  PTSD in the forthcoming DSM-V on male and female veterans. *Journal of Anxiety Disorders, 25,* 639-644.

23. Morland, L.A., Hynes, A. K., Margaret-Anne Mackintosh, M., Resick, P. A., & Chard, K. M. (2011). Group Cognitive Processing Therapy Delivered to Veterans via Telehealth: A Pilot Cohort. *Journal of Traumatic Stress, 24,* 465-469.

22. Owens, G. P., Walter, K. H., Chard, K. M., & Davis, P. A. (2011). Changes in mindfulness skills and treatment response among veterans in residential PTSD treatment. *Psychological Trauma: Theory, Research, Practice, and Policy, 4,* 221-228.

21.Chard, K.M., Schumm, J. A., Owens, G. O., & Cottingham, S. P. (2010). A comparison of OEF and OIF veterans and vietnam veterans receiving cognitive processing therapy. *Journal of  Traumatic Stress, 23,* 25-32.

20. Kaloupek, D. G., Chard, K. M., Freed, M.C., Peterson, A. L., Riggs, D. S., Stein, M. B., & Tuma, F. (2010). Common data elements for posttraumatic stress disorder research. *Archives of Physical Medicine and Rehabilitation, 91,* 1684-1691.

19. Karlin, B.E., Ruzek, J. I., Chard, K.M., Eftekari, A., Monson, C. M., Hembree, E. A., Resick, P. A., Foa, E. B. (2010).  Dissemination of evidence-based psychological treatments for posttraumatic stress disorder in the Veterans Health Administration. *Journal of Traumatic Stress, 23,* 663-673.

18. Owens, G. P., Dashevsky, B., Chard, K. M., Mohamed, S., Haji, U., & Baker, D. G. (2009). The impact of childhood trauma on posttraumatic stress disorder and depression in male veterans. *Military Psychology, 21,* 114-125

17. Owens, G. P., Chard, K. M., & Cox, T.A. (2008). The relationship between maladaptive cognitions, anger expression, and posttraumatic stress disorder among veterans in residential treatment. *Journal of Aggression, Maltreatment and Trauma, 17,* 1-14.

16. Owens, G. P. & Chard, K. M. (2006). PTSD severity and cognitive reactions to trauma among a college sample: An exploratory  study. *Journal of Aggression, Maltreatment, and Trauma, 13, 23-26.*

15. Chard, K. M. (2005). An evaluation of cognitive processing therapy for the treatment of

posttraumatic stress disorder related to childhood sexual abuse. *Journal of Consulting and Clinical Psychology,73,* 965-971.

14. Chard, K. M., & Gilman, R. (2005). Counseling trauma victims: Four brief therapies meet the test. *Current Psychiatry, 4,* 50-64.

13. Chard, K. M., Paris, J., Silk, K. R., Wagner, A. W., Widiger, T.A., Young, J. E. (2005). Points of contention and conversion. *Journal of Psychotherapy Integration. 15,* 127-139.

12. Chard, K. M. & Widiger, T. (2005). Abuse, coping, and treatment. *Journal of Psychotherapy Integration, 15,* 74-88.

11. Savage, T. A., Prout, H. T., & Chard, K. M. (2004) School psychology and issues of sexual orientation: Attitudes, beliefs, and knowledge. *Journal of School Psychology, 41,* 201-210.

10. Weaver, T. L., Chard, K. M., Mechanic, M. & Etzel, J. C. (2004). Self-Injurious Behaviors, PTSD Arousal and General Health Complaints within a Treatment Seeking Sample of Sexually Abused Women. *Journal of Interpersonal Violence, 19.* 558-575.

9. Johnson, D., Sheahan, T. & Chard, K. M. (2003). Personality disorders and coping styles in female treatment seeking child sexual abuse survivors. *Journal of Child Sexual abuse, 12.*

8. Lee, S. A., & Chard, K. M. (2003). Variables related to graduate students' willingness to forgive a job related transgressions. *Psychological Reports, 93,* 955-960.

7. Owens, G. P., & Chard, K. M. (2003). Comorbidity and Psychiatric Diagnoses Among Women Reporting Child Sexual Abuse. *Child Abuse & Neglect, 27,* 1075-1082.

6. Johnson, D., Pike, J., & Chard, K. M. (2001). Factors predicting PTSD, depression, and dissociative severity in female treatment-seeking childhood sexual abuse survivors. *Child Abuse & Neglect, 25,* 179-198.

5. Owens, G. P., Pike, J. L., & Chard, K. M. (2001). Treatment effects of cognitive processing therapy on cognitive distortions of female child sexual abuse survivors. *Behavior Therapy,32,* 413-424.

4. Owens, G. P., & Chard, K. M. (2001). Cognitive distortions among women reporting childhood sexual abuse. *Journal of Interpersonal Violence,16,* 178-191.

3. Prout, H. T., Chard, K. M., Nowak-Drabik, K., & Johnson, D. M. (2000). Determining the effectiveness of psychotherapy with persons with mental retardation: The need to move towards empirically based research. *National Association for the Dually Diagnosed Bulletin, 3,*83-86.

2.Chard, K. M., Weaver, T. L., & Resick, P. A. (1997). Adapting cognitive processing therapy for child sexual abuse survivors. *Cognitive and Behavioral Practice, 4,* 31-52.

1.Gibson, G., & Chard, K. M. (1994). Quantifying the effects of community mental health consultation interventions. *Consulting Psychology Journal, 46(4),*13-25.

## Books, Chapters and Non-Refereed Publications

Martin, C.E., Stayton, L.E., Chard, K.M. (2020). Emotion in Cognitive Processing Therapy for PTSD. In M. Tull, & N. Kimbrel, (Eds.) *Emotion in posttraumatic stress disorder: Etiology, assessment, neurobiology, and treatment.* (pp.491-512). London, United Kingdom: Academic Press.

Monson, C. M., Chard, K. M. & Morland, L. A. (2018). Written exposure therapy vs cognitive processing therapy: Comment and Response. *JAMA Psychiatry, 75,* 757-758.

Varkovitzky, R. U., Gilbert, S. E., Chard, K. M. (2018). Cognitive processing therapy and trauma-related sleep disturbance. In E. Vermetten, A. Germain & T. Neylan (Eds.) *Sleep and Combat Related Post Traumatic Stress Disorder,* 293-301

Resick, P.A., Monson, C. M. & Chard, K. M. (2017). Cognitive Processing Therapy: A

Comprehensive Manual. New York: Guilford Press.

Sears, R. W. & Chard, K. M. (2016). *Mindfulness-Based Cognitive Therapy for Posttraumatic Stress Disorder*. Oxford, Wiley Blackwell.

Norman, S.B., Chard, K.M., Rauch, S.A.M., Foa, E.B., Monson, C.M., & Resick, P.A. (2016, March 10). True Evidence-Based Care for Posttraumatic Stress Disorder in Military Personnel and Veterans - A Reply [Article comment]. Retrieved from http://archpsyc.jamanetwork.com/article.aspx?articleid=2491947

Galovski, T.E., Schuster Wachen, J., Chard, K.M., Monson, C.M., & Resick, P.A. (2015). Cognitive Processing Therapy. In U. Snyder & M. Cloitre (Eds.). *Evidence-based Treatments for Trauma-Related Psychological Disorders: A Practical Guide for Clinicians (189-204)*. Springer Publishing.

Healy, E. T., Walter, K. H., & Chard, K. M.  (2015). Effectiveness of cognitive processing therapy for PTSD across various populations, traumatic events and co-occurring conditions. In C. Martin, V. Preedy & V. Patel (Eds*). Comprehensive Guide to Post-Traumatic Stress Disorder.* Springer International Publishing.

Chard, K. M., & Walter, K. H. (2014). Cognitive processing therapy: Beyond the basics. In M. Safir, H. Wallach, & A. Rizzo (Eds.). *Future Directions in Post-Traumatic Stress Disorder: Prevention, Diagnosis, and Treatment:* Springer Publishing.

Saladin, M. E., Back, S. E., Payne, R. A., Schumm, J. A., Goldsmith, R. J., & Chard, K. M. (2014). Posttraumatic stress disorder and substance use disorder comorbidity. In R.Reis, D. Fiellin, S. Miller, & R. Saitz (Eds.). The ASAM Principles of Addiction Medicine  (5th Ed). Philadelphia: Wolters Kluwer.

Chard, K. M., Herman, B., Goddard, M. (2012). *PTSD Disease Management Protocol (DMP): Patient Self-Management & Monitoring Protocol for Patients within the Veterans Health Administration's Home Telehealth Program.* VACO Telehealth Services: Washington, DC.

Chard, K., Gilman, R., Holleb, L., & Teeters, A. (2012). Behavior and classroom management of children and adolescents  with PTSD.  In J. Kolbert and L. Crothers (Eds.), *Understanding and managing behaviors of children with psychiatric disorders: A reference for classroom teachers*. New York: Continuum.

Chard, K. M., Schuster, J., & Resick, P. A. (2012). Empirically supported psychological treatments: Cognitive processing therapy. In J. G. Beck and D. M. Sloan (eds.). *The Oxford Handbook of Traumatic Stress Disorders.* Oxford: Oxford University Press.

Chard, K.M. & Buckley, A. F. (2010). Cognitive behavioral treatments for posttraumatic stress disorder.  In R. Lanius, E. Vermetten, and C. Pain (eds.). *The impact of early life trauma on health and disease: The hidden epidemic* (pp. 268-277). Cambridge: Cambridge University Press.

Resick, P.A., Monson, C. M., Galovski, T. E., Chard, K.M. & Kattar, K. A. (2010). Cognitive Processing Therapy: Veteran Military Consultants Manual. Veteran's Administration

Chard, K. M., Resick, P.A., Monson, C.M., & Kattar, K. (2009*). Cognitive Processing Therapy: Group Manual*. Veterans Administration

Karlin, B. E., Ruzek, J., & Chard, K. (2009).  Realizing the promise of evidence-based psychotherapies in the Veterans Health Administration.  In C. Straus (Ed.), *Hidden battles on unseen fronts* (pp. 179-186).  Philadelphia, PA: Casemate.

Resick, P.A., Monson, C.M., & Chard, K. M. (2008*). Cognitive Processing Therapy: Veteran/Military Manual*. Veterans Administration

Gilman, R., & Chard, K. M. (2007).  Cognitive behavior therapy.  In H. T. Prout and D. Brown (eds.), *Counseling for children and adolescents: Theory and practice for school and clinical settings* (2nd ed.)(pp. 241-278).  New York: Wiley.

Chard, K. M., & Hansel, J. E.  (2006). Supervising therapists working with traumatized children. In T. K. Neill (Ed.). *Helping others help children: Clinical supervision of child psychotherapy*. Washington: APA Books.

Chard, K. M., Resick, P. A., & Wertz, J. J. (1999).  Group therapy with rape victims.  In B. H. Young & D. D. Blake (Eds.), *Group treatment for post-traumatic stress disorders: Conceptualization, themes and processes* (pp. 35-50).  New York: Taylor and Francis.

Weaver, T. L., Chard, K. M., & Resick, P. A. (1999).  Coping with rape and sexual assault.  In N. Tarrier, A. Wells, & G. Haddock (Eds.), *Treating complex cases: The cognitive behavioural therapy approach* (pp. 377-398).  Sussex, England: John Wiley & Sons.

## Presentations:  National Meetings and Invited Addresses

Chard, K. M. & Renno, S. (2018, Symposium). *Web-based workshop dissemination of cognitive processing therapy for posttraumatic stress disorder in the Cohen Veterans Network*. Strong Star Combat PTSD Conference, San Antonio, Texas.

Mesa, F., Dickstein, B. D., & Chard, K. M. (2016, Symposium). *Response to Cognitive Processing Therapy in Veterans with and without obstructive sleep apnea*. International Society for Traumatic Stress Studies 32nd Annual Meeting, Dallas, TX.

Schumm, J., Birkley, E., Chard, K., Eckhardt, C. (2016, October). *Anger, Hostility, and Aggression among US Veterans Receiving Residential PTSD Treatment*. International Society for the Traumatic Stress Studies (ISTSS) Annual Conference, Dallas, TX.

Pomernacki A, Carney DV; Frayne SM, Lu Y, Caudle K, Louis C, Zehm L, Chow B, Goldstein K, Bastian L, Ruzek J, Chard K, Huang G, Johnson M, Yano EM, Schnurr P. *Design and Implementation of the Women's Enhanced Recruitment Process (WERP) of the VA Women's Health Practice-Based Research Network (WH-PBRN)*. Poster presentation at North American Primary Research Group Practice-Based Research Network Conference. Bethesda, MD. July 11-12, 2016.

Cogan, C. M., Healy, E. T., Chard, K. M., Ashton, S. A. & Feingold, Z. (2015, November). *Treatment Dropout in the VA CPT Training Program*. Poster presented at the Annual Meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

Feingold, Z., Healy, E.T., Chard, K.M. (2016, May 27). *Evaluating Barriers to Implementation of Cognitive Processing Therapy Within the VA Healthcare System*. Poster presented at the Association for Psychological Science Annual Convention, Chicago, IL.

Healy, E. T., Chard, K. M., Cogan, C. & Ashton, S. A. (2015, November).  CPT or CPT-C: Do therapists need to learn one first? In E. L. Birkley (Chair), *Moderators of cognitive-behavioral treatments for PTSD: Implications for assessment, intervention and dissemination*. Symposium conducted at the Association for Behavioral and Cognitive Therapies 49th Annual Convention, Chicago, IL.

Healy, E. T., Chard, K. M., Cogan, C. & Monroe, J.R. (2015, November).  *Does treatment length impact outcomes?  Program evaluation findings from the VA Cognitive Processing Therapy Training Program*.  In E. T. Healy (Chair), Optimizing Cognitive Processing Therapy Outcomes: Impact of Session Scheduling.  Symposium conducted at the meeting of the International Society for Traumatic Stress Studies, New Orleans, LA.

O'Bryan, E. M., Gilman, R., Chard, K. M., Stewart, M. M., Lang, A. J., & Schnurr, P. P. (2015, November). *Hope and health-related quality of life as change mechanisms in the treatment of distress and impairment among OIF/OEF veterans*. Poster presented at the 49th annual meeting of the Association for Behavioral and Cognitive Therapies, Chicago, IL.

Lynam, K. & Chard, K. M. (2015). *Affiliates as Allies*. Oral presentation presented at the annual meeting of the National Association of Veterans' Research and Education Foundation, Albuquerque, New Mexico.

Walter, K. H., Luhring, S. K., Bartel, A., Parkinson, R. B., Chard, K. M., & Monroe, J. R. (2015). *An Exploratory Examination of the Association between PTSD, Depression, Subjective Cognitive Rating, and Cognitive Performance following PTSD/TBI Residential Treatment*. Poster presented at the 31st Annual International Society for Traumatic Stress Studies (ISTSS) conference, New Orleans, Louisiana.

O'Bryan, E. M., Gilman, R., Chard, K. M., Stewart, M. M., Lang, A. J., & Schnurr, P. P. (2015). *Hope and health-related quality of life as change mechanisms in the treatment of distress and impairment among OIF/OEF veterans*. Poster presented at the 49th annual meeting of the Association for Behavioral and Cognitive Therapies, Chicago, IL.

Sayer, N. A., Rosen, C., Bernardy, N., Chard, K., Crowley, J., Eftekhari, A., Mohr, D., Kehle-Forbes, S., Cook, J., Orazem, R.J., Smith, B., Schnurr, P.P. (2015). *The Role of Local Policies in Promoting Use of Evidence-Based Psychotherapies for PTSD in the U.S. Veterans Health Administration*. Presented at the 31st Annual International Society for Traumatic Stress Studies (ISTSS) conference, New Orleans, Louisiana.

Walter, K. H., Speicher, S. M., & Chard, K. M. (2015). *Treatment engagement among veterans with TBI and PTSD: Moving from practice to research and back again*. Workshop presented at the 17th Annual Rehabilitation Psychology Conference, San Diego, CA.

Walter, K. H., Buckley, A., Simpson, J. M. & Chard, K. M. (September 2014). PTSD Treatment for Female Veterans with MST: Does History of CSA Influence Outcome? Oral presentation presented at the 19th International Conference & Summit on Violence, Abuse and Trauma, San Diego, California

Hemmy Asamsama, O., Dickstein, B., & Chard, K. (2014, August). *PTSD and Depression: Using the BDI-II to guide treatment choices for military veterans*. Poster session presented at the Annual American Psychological Association Conference, Washington, DC

Chard, K. M. (2013). PTSD: What do we know and where are we going? NAMI Key Note Speaker, Cincinnati, Ohio

Chard, K. M., Healy, E. T., Cogan, C. M., Resick, P. A., & Hansel, J. E. (2013, November). Dissemination of CPT in the VA: Where are we now?  In G. Raza (Chair), *Efficacy of PTSD treatment trainings in the Veterans Affairs system*. Symposium conducted at the annual meeting of the International Society for Traumatic Stress Studies, Philadelphia, PA

Lang, A. J., Schnurr, P.P., Batten, S. V., Raman, R., Jain, S., Walser, R., Bolton, E., Benedek, D., Norman, S., Sylvers, P., Flashman, L., Strauss, J., & Chard, K. (2013, November). A randomized trial of Acceptance and Commitment Therapy for distress and impairment in OEF/OIF/OND Veterans. In (A. J. Lang, Chair), *Approaching Care from a Transdiagnostic Perspective*. Symposium at the annual meeting of the Association for Behavioral and Cognitive Therapies, Nashville, TN.

Schnurr, P.P., Lang, A.J., Raman, R., Jain, S., Walser, R., Bolton, E., Benedek, D., Norman, S., Sylvers, P., Flashman, L., Strauss, J., & Chard, K.M. (November, 2013). A randomized trial of Acceptance and Commitment Therapy (ACT) in OEF/OIF/OND Veterans with PTSD.  In (E. Meyer,  Chair), "Acceptance and Commitment Therapy for PTSD: Treatment Development and  Preliminary Outcomes." Presented at the Annual Meeting of the International Society for  Traumatic Stress Studies, Philadelphia, PA.

Chard, K. M. (May, 2012). *Cognitive processing therapy for PTSD/TBI*. 5th Annual Translational Neuroscience Conference,  Denver, Colorado.

Schumm, J.A., Walter, K.H., & Chard, K.M. (November, 2012). Latent class differences Explain variability in PTSD symptom changes during cognitive processing therapy for veterans. Symposium accepted to the *26th Annual Meeting of the International Society for Traumatic Stress Studies*. Los Angeles, CA.

Walter, K. H., Kiefer, S. L., Schumm, J. A., Bartel, A. & Chard, K. M. (November, 2012). *The association between PTSD and cognitive problems over the course of treatment in a PTSD/TBI residential treatment program*. Symposium accepted to the International Society for Traumatic Stress Studies (ISTSS) conference, Los Angeles, California.

Walter, K. H., Varkovitzky, R. L., Owens, G. P., & Chard, K. M. (November, 2012). *Demographic and Treatment Outcome Differences among Veterans Receiving Cognitive Processing Therapy in Either Residential or Outpatient Settings: An Exploratory Analysis*. Symposium accepted to the International Society for Traumatic Stress Studies (ISTSS) conference, Los Angeles, California.

Walter, K. H., Kiefer, S. L., Schumm, J. A., Bartel, A. & Chard, K. M. (November, 2012). *The association between PTSD and cognitive problems over the course of treatment in a PTSD/TBI residential treatment program*. Symposium accepted to the Association for Behavioral and Cognitive Therapy (ABCT) conference, National Harbor, Maryland.

Walter, K. H., Gilbert, S., Owens, G. P. & Chard, K. M. (November, 2012). *Changes in mindfulness Skills and Treatment Response among Veterans in Residential PTSD Treatment*. Symposium accepted to the Association for Behavioral and Cognitive Therapy (ABCT) conference, National Harbor, Maryland.

Chard, K. M. (November, 2011). *Cognitive processing therapy for military related PTSD*. Presented at the U.S. Psychiatric and Mental Health Congress, Las Vegas, Nevada.

Walter, K. H., Kiefer, S. L., & Chard, K. M. (November, 2011). *Reductions in PTSD and postconcussive symptoms following treatment in a PTSD/TBI residential program based on CPT-C*. Symposium conducted at the International Society for Traumatic Stress Studies (ISTSS) conference, Baltimore, Maryland.

Walter, K. H., Barnes, S. M. & Chard, K. M. (November, 2011). *The influence of MDD on residential treatment outcome among Veterans with PTSD and a history of TBI*. Poster presentation accepted to the International Society for Traumatic Stress Studies (ISTSS) conference, Baltimore, Maryland.

Chard, K. (2010, November). *Using Cognitive Processing Therapy in a Group Setting*. Workshop conducted at the International Society for Traumatic Stress Studies, Montreal, Canada.

Chard, K. M., Schumm, J. A., McIlvain, S. M., Bailey, G. W., & Parkinson, R. B. (2010, November). Examining the effectiveness of CPT-Cognitive only (CPT-C) for Veterans with PTSD and traumatic brain injury. In K. Chard (Chair), *The Impact of TBI on Evidenced-Based Psychotherapy for Veterans with PTSD*. Symposium conducted at the International Society for Traumatic Stress Studies, Montreal, Canada.

Walter, K., Bertram, D., Chard, K.M., & Vasterling, J. (2010, November). Examining the effectiveness of CPT-C in a residential program for Veterans with PTSD and TBI. In K. Chard (Chair), *The Impact of TBI on Evidenced-Based Psychotherapy for Veterans with PTSD*. Symposium conducted at the International Society for Traumatic Stress Studies, Montreal, Canada.

Chard, K. M. & Resick, P.A. (2010, March).  Phase 3: Decentralizing cognitive-processing therapy into VA.  In J. Ruzek (Chair), *Implementation of evidence-based PTSD treatments in Veterans Health Administation*. Symposium conducted at the annual conference of the Anxiety Disorders Association of America, Baltimore, MD.

Resick, P.A. & Chard, K. M. (2010, March).  Disseminating cognitive processing therapy in VA: The advantages and challenges of a national training initiative.  In J. Ruzek (Chair), *Implementation of evidence-based PTSD treatments in Veterans Health Administation.* Symposium conducted at the annual conference of the Anxiety Disorders Association of America, Baltimore, MD.

Lindamer, L., Rodgers, C., Heyman, M., Zandstra, H., Lohr, J., & Chard, K. (2009, July). *Improving implementation of cognitive processing therapy: performance improvement activity.*  Poster session presented at IX Conference of International Society of Quality of Life Studies, Florence, Italy.

Chard, K. M., Gilman, R., Schumm, J. (2009, July).  The impact of hope on the treatment of PTSD and depression in Veterans.  In D. Nigris (Chair), *TN19(II) Health Well-Being.* Presented at IX Conference of International Society of Quality of Life Studies, Florence, Italy.

Hynes, A., Slade, K., Morgan, T., Chard, K., Grubbs, K., & Morland, L.  (2009, November). *Telemental health and CPT groups for rural combat Veterans with PTSD: Preliminary findings.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA.

Forrester, J., Chard, K., Lewis, J., & MacMillan, S.  (2009, November). *The psychiatrists' role in PTSD residential treatment.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA.

Chard, K., Lewis, J., Forrester, J., & Macmillan, S.  (2009, November). *Director's eye view: Creation of a CPT residential program.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA.

MacMillan, S., Chard, K., Lewis, J., & Forrester, J.  (2009, November). *The nurse practitioner's role in a residential PTSD program.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA.

Lewis, J., Chard, K., MacMillan, S., & Forrester, J.  (2009, November). *Attention to details: Administration of residential PTSD programs.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA

Chard, K., Gilman, R., & Schumm, J. (2009, November).  The impact of hope on the treatment of PTSD and depression in Veterans.  In K. Chard (Chair), *What Role Do Evidenced Based Treatments Play in Improving Quality of Life?* Symposium conducted at The International Society for Traumatic Stress Studies, Atlanta, GA.

Ammerman, R.T., Putnam, F.W., Chard, K., Bosse, N.R. & Van Ginkel, J.B. (2009, November). *PTSD in depressed mothers in home visitation.* Paper presented at the International Society for Traumatic Stress Studies, Atlanta, GA.

Held, P., Hansel, J., Schumm, J., & Chard, K.  (2009, November). *Disengagement coping as a mediator between trauma-related guilt and PTSD severity.*  Poster session presented at The International Society for Traumatic Stress Studies, Atlanta, GA.

Chard, K.M.  (2009, October). The development of evidence-based treatment for PTSD: Cognitive processing therapy (CPT).  In D.Koren (Chair), *Research on Cognitive Processing Therapy: Beyond the Basics.*  Presented for the Joint Research Conference of the Institute for Advanced Studies and the Israel Science Foundation on: Future Directions in PTSD: Prevention, Diagnosis and Treatment, Jerusalem, Israel.

Chard, K.M., Nacasch, N., & Rothbaum, B. (2009, October).  Case presentation and panel discussion.  In A. Garcia-Palacios (Chair).  Participant for the Joint Research Conference of the Institute for Advanced Studies and the Israel Science Foundation on:  Future Directions in PTSD: Prevention, Diagnosis and Treatment, Jerusalem, Israel.

Morland, L., Greene, C., Rosen, C., Mauldin, P., Frueh, C., & Chard, K. (2009, September). *Telemental health and cognitive processing therapy groups for rural combat veterans with PTSD: Preliminary findings.* Poster session presented at the Military Health Research Forum, Kansas City, MO.

Powch, I., Hammerschlag, R., Miller, D., Chard, K., & Escribano, L. (2009, September). *Acupuncture for combat-related posttraumatic stress disorder.* Poster session presented at the Military Health Research Forum, Kansas City, MO.

Chard, K. M., (2009, September). PTSD Treatment II. *Using cognitive processing therapy to treat mTBI and PTSD.* Symposium conducted at the Mental Health Research Forum, Kansas City, MO.

Chard, K., & Narayan, R. (2009, September). *Using cognitive processing therapy to treat mTBI and PTSD.* Poster session presented at the Military Health Research Forum, Kansas City, MO.

McAllister, T. & Chard, K. (2009, September). *Venlafaxine and CBT for psychological distress after TBI: A randomized controlled trial.* Symposium conducted at the Mental Health Research Forum, Kansas City, MO.

Chard, K. M., Lewis, J. L., Caldwell, N., & Schumm, J. (2008, November). Establishing the effectiveness of Cognitive Processing Therapy (CPT). In S. Kehle (Chair), *The clinical effectiveness of empirically-supported treatments for PTSD.* Symposium presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago.

Chard, K. M. & Rodgers, C. (2008, November) *Group applications of Cognitive Processing Therapy.* Pre-meeting Institute presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago.

Owens, G. P., & Chard, K. M. (2008, November). Relationships among substance abuse history, anger, and PTSD for veterans in residential treatment. In Waldrop (Chair), *Elucidating the relationship between substance use and PTSD: Perspectives from the lab to the clinic.* Symposium presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago.

Phipps, K. & Chard, K. M. (2008, November). *PTSD Treatment programs: Developing and Implementing Evidence-Based Practice.* Workshop presented at the annual meeting of the International Society of Traumatic Stress Studies, Chicago.

Cox, T. A., Chard, K. M., & Beimesch, B. B. (2007, November). *Impact of personality disorders on Cognitive Processing Therapy for PTSD.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies (ISTSS), Baltimore, MD.

Owens, G. P., & Chard, K. M. (2007, November). Evaluating veterans' change in cognitions following CPT. In A. dePrince (Chair), *Trauma-related cognitions and distress: Empirical considerations for prevention and intervention.* Symposium presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD.

Owens, G. P., Chard, K. M., Cox, T. A., Beimesch, B., & Bhaskar, T. (2007, November). *Relationship of anger and coping strategies to veterans' PTSD and depression severity.* Poster presented at the annual meeting of the International Society of Traumatic Stress Studies, Baltimore, MD

Leake, V.S., & Chard, K.M. (2007, August). *Association of family belonging with severity of PTSD symptoms in veterans.* Poster presented at the American Psychological Association annual conference, San Francisco, CA.

Chard, K. M., Lewis, J. L., Owens, G.O., & Cox, T. (2006). Using CPT to treat secondary symptoms in a partial hospitalization VA setting. In R. Nixon (Chair), *Cognitive*

*Processing Therapy: Treating more than PTSD*. Symposium conducted at the annual convention of the Association for Behavioral and Cognitive Therapies. Chicago, Illinois.

Chard, K. M. (2005, November). Using CPT in a partial hospitalization VA setting. In K. Chard (Chair), *New Modifications of Cognitive Processing Therapy for Trauma Survivors*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, Toronto.

Kutter, C., Chard, K., Ranslow, E., Stevens, S., & Monson, C. (2005, November). *Group applications of cognitive processing therapy for PTSD*. Workshop presented at the annual convention of the International Society for Traumatic Stress Studies, Toronto.

Chard, K. M. (2005, November). Using Cognitive Processing Therapy in a partial hospitalization VA setting. In R. Nixon (Chair), *Innovative Use of Cognitive Processing Therapy for Treating PTSD*. Symposium conducted at the annual convention of the Association for Behavioral and Cognitive Therapies. Washington, D.C.

Chard, K. M. (2004, November). *Using cognitive processing therapy to treat adult survivors of childhood sexual abuse*. Workshop presented at the at the annual convention of the International Society for Traumatic Stress Studies, New Orleans

Chard, K. M., Lee, S. A., Hansel, J. E., & Cooley, A. T. (2004, August). *Variables affecting higher work interference in a forensic sample*. Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Hansel, J. E., Chard, K. M., Lee, S. A., & Cooley, A. T. (2004, August). *Exploration of differences between cognitive and psychiatric malingering*. Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Lee, S. A., Chard, K. M., Hansel, J. E., & Cooley, A. T. (2004, August). *Malingering detection using the reliable digits within a forensic sample*. Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Chard, K. M. (October, 2003). The impact of cognitive processing therapy on survivors of sexual abuse. In B. van der Kolk (Chair), *Treatment Outcome Studies of PTSD*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, Chicago, IL.

Chard, K. M. & Owens, G. P. (November, 2003). Effects of CPT-SA on cognitive distortions. In D. L Kaysen & R. Nixon (Co-Chairs), *Cognitive Processes in the Development of Posttraumatic Stress Disorder*. Symposium conducted at the annual convention of the Association for the Advancement of Behavior Therapy, Boston, MA.

Lee, S. A., Hansel, J. E., Chard, K. M., & Stilwell, W. E. III. (August, 2003). *Predicting states of mind ratios using interpersonal variables*. Poster presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Chard, K. M., Johnson, D. M. & Owens, G. P. (August, 2002) Cognitive processing therapy with child sexual abuse survivors. In N. Talbot (Chair), *New Developments in Treating Women with Abuse Histories: Evidence-Based Psychotherapies*. Symposium conducted at the American Psychological Association Convention, Chicago, IL.

Orwick, B., Balentine, A., Pollack, S., & Chard, K.M. (July, 2002). *Strengthening mental health professionals' awareness of the psychological needs of children with brain injury and other severe injury*. Paper presented at the Brain Injury Association of America's 21st Annual Symposium. Minneapolis, MN.

Chard, K. M. & Johnson, D. M. (July, 2001) Cognitive processing therapy for sexual abuse (CPT-SA). In M. Cloitre (Chair), *Recent Advances in the Treatment of Chronic PTSD Related to Childhood Abuse and Multiple Traumatization*. Symposium conducted at the World Congress of Behavioral and Cognitive Therapies, Vancouver, British Columbia.

Chard, K. M., Owens, G. P., & Johnson, D. M. (March, 2001). Cognitive processing therapy for Sexual abuse (CPT-SA). In M. Cloitre (Chair), *Recent Advances in the Treatment of Chronic PTSD Related to Childhood Abuse and Multiple Traumatization*. Symposium conducted at the annual convention of the Anxiety Disorder Association of America, Atlanta, Georgia.

Millett, P. A., Savage, T. A., Prout, H. T., & Chard, K. M. (2001). *How successful are psychological interventions? A meta-synthesis of the literature: 1985-1999*. Poster session presented at the annual meeting of the American Educational Research Association, Seattle, Washington.

Chard, K. M., Owens, G. P., & Johnson, D. M. (2000). Using CPT-SA to treat child sexual abuse survivors. In. M. Cloitre (Chair) *Empirically based treatments for childhood abuse and the multiply traumatized*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, San Antonio, Texas.

Chard, K. M., Owens, G. P., Johnson, D. M., & Pike, J. L. (2000). The Effects of CPT-SA on cognitive distortions: Treatment Findings. In E. Kubany (Chair), *Cognitively-oriented therapies for physically or sexually abused women*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, San Antonio, Texas.

Millett, P. A., Savage, T. A., Prout, H. T., & Chard, K. M. (2000). *How successful are psychological interventions? A meta-synthesis of the literature*. Poster presented at the 32nd Annual National Convention of the National Association of School Psychologists, New Orleans, LA.

Chard, K. M., Johnson, D. M., Owens, G. P., & Pike, J. L. (1999). Cognitive Processing Therapy for Child Abuse: Findings and predictions. In P. Resick (Chair), *Predictors of Treatment Outcome*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, Miami, FL.

Owens, G. P., & Chard, K. M. (1999). *Effects of cognitive processing therapy on dissociation and PTSD*. Poster presentation at the annual convention of the International Society for Traumatic Stress Studies, Miami, FL.

Chard, K. M., Blount, A., Oakley, D., Pike, J., & Wertz, J. (1998). Cognitive Processing Therapy for Sexual Abuse (CPT-SA): An outcome study. In B. Rothbaum (Chair), *Cognitive Interventions for Posttraumatic Stress Disorder*. Symposium conducted at the annual convention of the International Society for Traumatic Stress Studies, Washington, DC.

Ford, H. H., Medway, F. J., Allen, S. J., & Chard, K. M. (1998). *A community-based integrated services model for professionals working with at risk youth*. Paper presented at the annual convention of the American Psychological Association, San Francisco, CA.

Weaver, T. L, Chard, K. M., Resnick, H. S., & Oakley, D. R. (1998). *Self-damaging behaviors within two samples of sexual assault victims*. Poster session presented at the annual convention of the International Society for Traumatic Stress Studies, Washington, DC.

Chard, K. M. (1997). *Treatment of sexual assault survivors: A meta-analysis*. Poster session presented at the annual convention of the Association for the Advancement of Behavior Therapy, Miami, FL.

Weaver, T. L., & Chard, K. M. (1997). *Physical impact of domestic violence: A meta-analysis*. Poster session presented at the annual convention of the Association for the Advancement of Behavior Therapy, Miami, FL.

Chard, K. M. (1997). Consultation interventions for sexual assault treatment programs. In K. Chard (Chair), *Trauma related consultation interventions for practitioners and survivors*. Symposium conducted at the annual convention of the American Psychological Association, New York, NY.

Cook, D. A., Wertz, J. J., & Chard, K. M. (1997). *A sexual minority youth consultation model*. Poster session presented at the annual convention of the American Psychological Association, New York, NY.

Gorman, K. S., Cobuluis, A. B., & Chard, K. M. (1997*). A consultation model for stress management in animal shelters*. Poster session presented at the annual convention of the American Psychological Association, New York, NY.

Chard, K. M. (1996). Cognitive processing therapy for sexual abuse (CPT-SA): A new treatment option.  In P. Resick (Chair), *Treating sexual assault/sexual abuse pathology: Recent findings*.  Symposium conducted at the meeting of the Association for the Advancement of Behavior Therapy, New York, NY.

Hall, C. A., Henderson, C. M., Houston, C., Knox-Taylor, B., Yost, S., Glackman, K., & Chard, K.M. (1996).  *Cognitive processing therapy for post-traumatic stress disorder: A treatment outcome study*.  Poster session presented at the annual convention of the American Psychological Association, Toronto.

Chard, K. M.  (1995). *Consultation interventions for PTSD treatment programs*.  Poster session presented at the annual convention of the American Psychological Association, New York, NY.

Chard, K. M., Gibson, G., Morris, A., & Walton, B.  (1995).  Adolescent behavioral changes related to substance abuse prevention programs.  In G. Gibson (Chair), *Efficacy-based interventions in community mental health service settings*.  Symposium conducted at the annual convention of the American Psychological Association, New York, NY.

Gilkey, W. A., Gibson, G., & Chard, K. M.  (1995).  Organizational support for empirically based interventions in community mental health. In G. Gibson (Chair), *Efficacy-based interventions in community mental health service settings*.  Symposium conducted at the annual convention of the American Psychological Association, New York, NY.

Chard, K. M.  (1994).  *Efficacy based treatment of posttraumatic stress disorder in women survivors*.  Paper presented at the annual convention of the American Psychological Association, Los Angeles, CA.

Chard, K. M. (1994). Research management support for efficacy-based interventions in mental health service settings. In G. Gibson (Chair), *Efficacy-based treatment in community mental health service settings*. Symposium conducted at the annual convention of the American Psychological Society, Washington, DC.

Gibson, G., & Chard, K. M. (1994). *Efficacy based psychological interventions for organizational consultation*. Paper presented at the annual convention of the American Psychological Association, Los Angeles, CA.

Gibson, G., & Chard, K. M. (1993). Ethical dimensions to using scientifically supported consultation interventions. In S. Robinson (Chair), *Ethical dilemmas in consultation*. Symposium conducted at the annual convention of the American Psychological Association, Toronto.

**Awards**

2015 Cincinnati Top Doctors, Cincinnati Magazine
2013 USO Heroes of Military Medicine Award, Cincinnati, Ohio
2009 VA Mark Walcott Award of Excellence in Clinical Care Delivery
2007 Federal Excellence Award: Managerial/Supervisor, Cincinnati, Ohio
2007 Greater Cincinnati Public Service Managerial/Supervisory Award, Cincinnati, Ohio
2002 Teachers Who Make a Difference Award, University of Kentucky, College of Education
2000 University of Kentucky College of Education Exceptional Achievement Award for Research

## Education

2010 Executive Career Field Candidate Development Program, Department of Veterans Affairs
1996 Postdoctoral Fellowship, Center for Trauma Recovery University of Missouri-St. Louis
1995 Pre-doctoral Internship (APA approved), University Clinic, University of Cincinnati
1994 Ph.D. Counseling Psychology, Indiana University, Bloomington (APA Accredited)
1991 M.S. Counseling, Indiana University, Bloomington, (NCATE Accredited)
1989 B.A. Psychology, Indiana University, Bloomington

## University Service

Member, Medical Investigational Review Board, University of Cincinnati, 2005-2014
Elected Representative, University of Kentucky Faculty Senate Council, 2003-2004
Chair, University Senate Academic Organization and Structure Committee, 2002-2004
Elected Representative, University of Kentucky Faculty Senate, 2001-2004
Member, Nonmedical Internal Review Board,  University of Kentucky, September 2000-2004
Research Associate, Kentucky Injury Prevention and Research Center, 1998-2004

## National Service

The Management of Post-Traumatic Stress Working Group. (2017) *VA/DoD Clinical Practice
    Guideline: Management of Post-Traumatic Stress*. Department of Veterans
    Affairs/Department of Defense, Washington.
International Society of Traumatic Stress Studies Executive Board Member, 2011-2017
The Management of Post-Traumatic Stress Working Group. (2010) *VA/DoD Clinical Practice
    Guideline: Management of Post-Traumatic Stress*. Department of Veterans
    Affairs/Department of Defense, Washington.
Grant Reviewer, CADE Merit Reviews, VA Administration, August, 2008
Grant Reviewer, National Institute of Mental Health, Interventions Program, June 2007
Elected  Member, APA Board of Professional Affairs Advisory Committee on Colleague
    Assistance 2003-2006
Member, Program Committee International Society for Traumatic Stress Studies Annual
    Convention, November 2000-2002, 2004, 2013, 2014, 2015, 2016, 2017
Ad Hoc Grant Reviewer, National Institute of Mental Health, Interventions Program, July 1999
Grant Reviewer, National Science Foundation, Women and Girls Program, July 1998-February
    1999
Grant Reviewer, Louisiana Systemic Initiatives Plan, October 1998
Chair, APA Division 35, Taskforce: Women in Politics, 1997-2000
Participant, Workshop on Building Data Systems for Violence Against Women. Arlington, VA,

October 1998.
Member, Program Committee, Annual Meeting of the American Psychological Association,
Division 13 Consulting Psychology, 1996-1998.

## Editorial Service

Section Editor on PTSD, *Current Treatment Options in Psychiatry*, 2015-2017
Associate Editor, *Journal of Traumatic Stress*, 2012-2016
Editorial Board Member, *Journal of Traumatic Stress*, 2004-09
Ad Hoc Reviewer, *Journal of Affective Disorders*, 2011-present
Ad Hoc Reviewer, *Journal of Rehabilitation Research and Development, 2010-present*
Ad Hoc Reviewer, *Professional Psychology Research and Practice*, 2007-present
Ad Hoc Reviewer, *Traumatology,* 2007-present
Ad Hoc Reviewer, *Psychological Bulletin*, 2003-present
Ad Hoc Reviewer, *American Journal of Preventive Medicine*, 2002-present
Ad Hoc Reviewer, *Journal of Traumatic Stress*, 2002-present
Ad Hoc Reviewer, *British Journal of Clinical Psychology* 2002-present
Ad Hoc Reviewer, *Oxford University Press*, 2002-present
Ad Hoc Reviewer, *Journal of Consulting and Clinical Psychology*, 2001-present
Ad Hoc Reviewer, *Journal of Interpersonal Violence*, 2001-present
Ad Hoc Reviewer, *Journal of Personality*, 2001-present

## Professional Memberships and Certification

International Society for Traumatic Stress Studies
Licensed Psychologist, Kentucky, Ohio, Nebraska (Temp)

## Recent Media Appearances

*Employees concerned about returning to work.* Camri Nelson, Spectrum News, May 11, 2020
*What if a blood test could reveal PTSD in a patient – and the best treatment.* Kristyn Hartman,
WCPO, May 20, 2019
*VA expert: First 24 hours after traumatic event can determine whether a solider develops PTSD.*
Craig McKee, WCPO, Dec 17, 2018.
*Bad news fatigue: How to curb your consumption.* Mark Heyne. WVXU, December 12, 2017
*Living with PTSD: Getting help for those who resist treatment.* Larry Davis, WKRC News, July 3,
2017
*Veterans coming home town hall.* Clyde Gray. CET Public Broadcasting, November 13, 2016
*The challenges and resources for veterans coming home.* Marky Heyne. WVXU. August 11, 2016
*When July 4 can be a bad day for veterans. Ann Saker, Cincinnati Enquirer Online, July 3, 2015*
*Genetic test may help customize antidepressant prescriptions for US vets with PTSD.* Melinda
Castensen, FoxNews.Com, *July 2, 2015*
*The psychological impact of physical battle scars.* John Crawford, Research Currents, March 3*,*
*2015*
*GeneSight test helps doctors select personalize medication for depression, PTSD.* Taylor
Mirfendereski, WCPO News, January 30, 2015
*All Sides with Ann Fisher*, WOSU Radio, May 20, 2014

*Athlete works to bring psychiatric care to veterans and their families.* Eve Bender, Psychiatric News, March 7, 2014.

*Votto launches foundation to assist veterans: Reds first baseman dedicated to helping service members, families cope with PTSD.* Mark Sheldon, MLB.com, December 5,2013

*Veterans and the Digital Battlefield.* Steve Wilson, DAV Magazine. November/December 2013

*Illegal ecstasy used to treat PTSD.* Lisa Bernard-Kuhn, Cincinnati Enquirer and USA Today, April
22, 2013.

*Veterans, the shadow of war that haunts America.* Paolo Mastrolilli, La Stampa (Italy), February 10, 2013

*How to help children struggling to cope when a parent suffers from PTSD.* Kristy Kennedy, AAP News, June 2012

*Virtual Reality System Treats Posttraumatic Stress.* Lot Tan, Ohio News Network, April 5, 2012

*VA Hospital Debuts Treatment For Stressed Soldiers.* Jackie Congedo, WLWT News, February 8, 2012

*Strain on Forces in the Field at a Five Year High.* Gregg Zoroya, USA Today, May 9, 2011

*PTSD and Returning Soliders,* Spencer Raine, CBS Radio News, May 9, 2011

*The Military's Secret Shame.* Jessie Ellision, Newsweek Magazine, April 3, 2011

*WarTorn Panel Discussion.* HBO Documentary Films, The Pentagon, October 28, 2010

*Surviving Sexual Assault.* Elizabeth M. Collins, Soldiers Magazine, September 2010

*Questions swirl around life, suicide of Quad-City veteran Pat Gibbs Jr.* Craig DeVrieze, Quad City Times, May 31, 2010

*Counselors for Troops Face Stress Risk, too.* Suzanne Hoholik, The Columbus Dispatch, November 7, 2009

*For These Women Veterans, A Home To call Their Own.* Brian MacQuarrie, Boston Globe, October 31, 2009

*For Female Soliders, Last Battle is Within.* Mark Curnutte, Cincinnati Enquirer, March 29, 2009

*Veterans Battle Posttraumatic Stress.* Brad Underwood, WXIX News, November 11, 2008

*Women in the Military,* NHK Japan Television, September 7, 2008

*Military Mommas.* Carrie Cox WAIF Radio, August 26, 2008

*For Some Soliders, War Doesn't End After Coming Home.* Eric Flack, WLWT News, July 23, 2008

## Past Professional Experience

*6/04-8/13* Associate Professor of Clinical Psychiatry and Behavioral Neuroscience
College of Medicine, University of Cincinnati, Cincinnati, Ohio

*4/01-6/04* Associate Professor of Counseling Psychology
Department of Educational and Counseling Psychology, College of Education, University of Kentucky, Lexington, Kentucky

*5/99-6/04* Chair, Counseling Psychology Program
Department of Educational and Counseling Psychology, College of Education,
University of Kentucky, Lexington, Kentucky

*10/98- 2/04* Forensic Psychologist

Center for Behavioral Health
Lexington, Kentucky

*3/97-5/04* Director, Center for Traumatic Stress Research
Department of Educational and Counseling Psychology, College of Education, University of Kentucky, Lexington, Kentucky

*8/96-4/01* Assistant Professor of Counseling Psychology
Department of Educational and Counseling Psychology, College of Education, University of Kentucky, Lexington, Kentucky

Kathleen M. Chard, PhD

Dr. Chard Testimony 2012-2021

2/2013 – Testify: Attorney Roger Pardieck, re: Blake Sheila, David, Sarah v. Farm Bureau

9/9/14 – Deposition: Attorney Caroline Gilchrist, re: Chanel (Foxworth) Courtney

4/21/16 – Testify:   Attorney Dale Stalf, re:  A. Dardinger vs. J. Dardinger

6/24/16 – Deposition: Attorney Brady T. Murley re: Summers vs. Beech Bend

8/4/16- Testify: Attorney Brady T. Murley re: Summers vs. Beech Bend

9/9/16- Deposition: Attorney Ryan Reed re:  Brandi Stewart, Individually and as Administrator of the

   Estate v. Boone County, KY et al.

11/21/16 – Deposition: Attorney Steve Downey re:  Jerry Armstrong, Cathy Armstrong v Cumberland Co

   Hospital

1/25/17 – Deposition: Attorney Jackie Butler re: State of Indiana v. Christopher Justice

6/13/17- Deposition: Attorney Roger Pardieck re: Royalty v Asplundh Brush Control et al.

1/26/18- Deposition: Attorney Jay Vaughn re: Morrow, Margaret (Estate of), et al. v Horizon Transport &

   Klaus Bermel-Shanz

5/11/18- Deposition:  Attorney Caroline Gilchrist re: Amy Dailey v Dr. Cline and Dr. Norris

6/28/19- Deposition: Attorney Wayne Miller re: Hayden Beatty v Auto Owners Insurance Company