

**4951 Indiana Avenue, Suite 600**

**Lisle, IL  60532**

**Project No.  1859**

# Stephen P. Mayes

# v.

# SIG SAUER, Inc.

**Report Prepared for:**

**Jeffrey S. Bagnell, Esq.**
**Bagnell Law, LLC**
**55 Post Road West**
**Westport, Connecticut 06880**

**Report Prepared by:**

**Timothy M. Hicks, P.E.**

**Date of Report:  June 30, 2021**

# Introduction

On October 30, 2018, Mr. Stephen P. Mayes was engaging in recreational shooting at his farm in Franklin, Kentucky. He was firing the subject SIG SAUER P320 pistol using the SIG SAUER magazines purchased with the pistol, Remington 115 grain ball ammunition, and was using a Bravo Concealment Kydex holster and magazine pouch, both of which were attached to his pants belt. After shooting for approximately twenty minutes the subject pistol discharged and Mr. Mayes asserts that he did not pull the trigger.

Professional Analysis and Consulting, Inc. was retained to perform an independent investigation into this incident and to provide a report of our findings.

# Professional Qualifications

Professional Analysis and Consulting, Inc. (Professional Analysis) is a technical consulting firm specializing in product performance and root cause failure analysis and prevention. The Curriculum Vitae (C.V.) of the author is appended as Attachment A.

**Timothy M. Hicks, P.E.** is a Principal Engineer and has a diverse background in mechanical design and system evaluations, including accident reconstruction. He spent close to 20 years in various roles in the automotive industry, responsible for the design, manufacturing, testing, and validation of vehicle systems. He also has experience in leadership roles for commercial vehicle suppliers and manufacturers, including leading advanced engineering teams. This experience includes conformance to governmental regulations, equipment safety, maintenance and service requirements, and field performance investigations. As part of his consulting experience, he has performed numerous investigations and certification tests on firearms and firearm safety devices, pursuant to California and Massachusetts state regulations, and for incidents involving firearms. For the investigation described in this report, his investigation methods are in accordance with the generally accepted standards and practices of his field, including utilizing the scientific method.

Mr. Hicks is a Professional Engineer licensed by examination in the State of Illinois, and by comity in other states. He is an active member of the Society of Automotive Engineers (SAE) and has been elected as Chair of the Chicago Section in 2018. The Chicago Section numbers over 1,000 members. He is also a member of the American Society of Mechanical Engineers (ASME), and the National Society of Professional Engineers (NSPE). He also holds Certificate of Eligibility from the California DOJ Bureau of Firearms and Massachusetts Firearms Records Bureau Executive Office of Public Safety for analyzing and performing firearm certification testing.

# Materials Reviewed and Inspections Conducted

Attachment B, along with the footnotes and references herein, outline the materials reviewed by Professional Analysis with respect to this matter. This list includes materials compiled through Professional Analysis' own research.

On March 18, 2021, Professional Analysis participated in an inspection of the subject SIG SAUER P320 firearm, in addition to several other firearms, at North Star Imaging in Marlborough, Massachusetts. General photographs

were taken of the firearm as received before computerized tomography (CT) scans were performed. Full 3D CT scans were generated with the firearm in a near vertical position, with the muzzle pointed down, to simulate the position it would be in while being carried in a holster. Additionally, 2D x-rays were also generated.

The firearm was tested for functionality per the SIG SAUER protocol after the CT scans. This included items such as magazine catch, slide catch, magazine release, trigger function, disconnect function, and firing pin function. After these functional tests, the trigger pull force was obtained. All testing was performed by the SIG SAUER expert under controlled laboratory conditions. Functionality tests with vibration, conditions while the firearm is holstered, and drop testing were not evaluated.

Finally, the firearm was disassembled for further analysis. This allowed for detailed photographs to be taken of the various components discussed elsewhere in this report, which include the firing control unit, trigger mechanism, and striker assembly.

## Background

Mr. Mayes is a sports shooting and personal-defense enthusiast who has extensive training in weapons and weaponry. On August 1, 2018, Mr. Mayes purchased a SIG SAUER P320 X-Carry 9 mm pistol, Serial No. 58C33329, from Sherwood Guns, in Bowling Green, Kentucky. This was a factory stock pistol, and the magazines are factory stock SIG SAUER brand shipped with the pistol, and there were no alterations. Once the paperwork and payment were completed, Mr. Mayes entered the gun shop's indoor range to shoot the pistol. The pistol immediately began to malfunction with the slide not ejecting the spent casing. This occurred 50-60% of the time. The range officer observed the difficulty Mr. Mayes was having with the pistol and asked Mr. Mayes for permission to fire the pistol. The range officer experienced the same problem. Mr. Mayes notified the staff at the store where he purchased the pistol and was told that he should contact SIG SAUER directly.

Mr. Mayes contacted SIG SAUER's customer service department, and rather than addressing the firing issues Mayes was advised by SIG SAUER customer service to try different ammunition. He followed this advice the following weekend but continued to have the same problems. Upon contacting SIG SAUER again, Mr. Mayes was advised that the pistol needed time to "break in." Mr. Mayes continued shooting the pistol with the same malfunction occurring.

Mr. Mayes again contacted SIG SAUER (Bob) and sent the pistol to SIG SAUER's repair division. While SIG SAUER had possession of the pistol for repairs, Mr. Mayes contacted SIG SAUER and was advised by the repairman (James) that the repairman's personal pistol had exhibited the same malfunction. After approximately four weeks in the possession of SIG SAUER for repairs, the pistol was returned to Mr. Mayes.

On October 30, 2018, Mr. Mayes was engaging in recreational shooting at his farm. He was firing the subject pistol using the SIG SAUER magazines purchased with the pistol, Remington 115 grain ball ammunition, and was using a Bravo Concealment Kydex holster and magazine pouch, both of which were attached to his pants belt. After shooting for approximately twenty minutes the subject pistol uncommanded discharged, and Mr. Mayes asserts that he did not pull the trigger.

The P320 was SIG SAUER's first striker fired pistol design, introduced in 2014, and was based on the P250 frame, barrel, and magazine. In 2017, SIG SAUER was awarded a large military contract to supply two different versions

of the P320 (M17 as a full size and M18 as a compact version), but the military required a redesign to include a manual safety.  No manual safety is available to the public on the base models of this firearm.  Other similar uncommanded (no trigger pull) discharge incidents have been reported across North America, including several different law enforcement agencies, some of which have prohibited the further use of the P320 model by their officers.

The subject P320 firearm is a 9 mm caliber x-carry pistol, with serial number 58C333291.  It has a black anodized barrel at 3.9" length and polymer grips.  In 2017, SIG SAUER initiated a voluntary upgrade program to change the trigger mechanism, along with changes to the safety lever and sear.  Firearms produced after the date of the voluntary upgrade would have the design changes included.  The subject firearm in question for this incident had the SIG SAUER voluntary upgrade performed on it and was in as-produced condition, including the SIG SAUER repairs described above.



Figure 1 - Subject SIG SAUER P320

## Findings and Analysis

Examination of Mr. Mayes's pistol found several design and manufacturing defects.  These defects explain Mr. Mayes' report of uncommanded (no trigger pull) discharge of the firearm.  The following items were identified:

1. The sear and striker pin components are both produced using a Molded in Metal (MIM) process and do not have any secondary machining performed on the critical surfaces, including the interface between the two components.  MIM produced components are susceptible to manufacturing areas of uncontrolled variability.  For surfaces where tight tolerances are required, MIM parts will typically have secondary processing, or machining, to eliminate the variation.



Figure 2 - Striker assembly with striker foot circled



Figure 3 - Top view of sear (circled)

2. The sear and striker foot portion of the striker pin both exhibited inconsistencies on the surfaces that are in contact with each other, minimizing the actual contact surface area that is needed to keep the parts engaged until the trigger is pulled. In addition to the as-cast surface (rough and unmachined) both parts also exhibited a raised area around the periphery of the interface surface. This has been referred to by others as rollover and appears to be a combination of flashing, radiused corners, and shrinkage of the inner surface area.



Figure 4 - Close ups of sear step (left), and striker foot (right)



Figure 5 - Microscope images of sear step (left) and striker foot (right)

In comparison, the photo below is from a S&W M&P M2.0 pistol, showing the machined (or some other secondary processing after molding) surface of the striker foot.



Figure 6 - S&W M&P M2.0 Subcompact striker foot

3. In addition to the lack of secondary processing, there is also a vertical misalignment of the two parts, as shown in the CT scan.  The striker foot is unable to fully engage with the sear, reducing the area available for the engagement of the two parts.  It also appears that there is an angle difference between the two mating surfaces, reducing the contact area even more.  Figure 7 from the CT scan also shows the sear unable to rotate upwards any further since it comes into contact with a pin.  With the minimal amount of overlap between the two components, only a minor amount of trigger movement would allow the striker to move forward and discharge a round.



Figure 7 - CT scan slice of striker foot to sear interface (top) and zoomed in measurement (bottom)

4. As shown in the CT scan below, there is also a lateral offset between the sear and the striker foot, with a visible edge to the sear step.



Figure 8 - CT scan view of offset striker foot to sear (circled)

5. In looking at the rear-view slice of the striker pin relative to the housing channel, there is a large lateral gap on both sides of the striker foot, see Figure 9. This allows for axial rotation of the striker pin and foot each time the firearm is discharged and the slide activates. This rotation will also cause the safety lock tab that makes contact with the parallel horizontal plane of the striker to be out of alignment. Any misalignment could cause minimal contact between the safety lock tab and the rear vertical portion of the striker, thereby reducing the contact area between the two surfaces. This misalignment could potentially allow the striker pin to continue its forward movement when the striker foot is no longer retained by the sear.




Figure 9 - CT scan view from the rear of striker gaps to housing (left) and safety lock tab to striker pin (right)

6. The CT images from Figure 9 above also illustrate the slide assembly gaps to the grip module (circled in blue). These gaps allow the striker foot (as part of the slide assembly) to move vertically relative to the sear with any vertical pressure, such as that experienced while the firearm is inserted in a holster. None of the functional tests performed during the March 2021 inspection, nor any test data produced by SIG SAUER, documents the result of this movement, or as SIG SAUER defines it, external abusive event. A firearm being carried in a customized molded holster which protects the trigger from inadvertent movement would not be considered an abusive event.

7. Mr. Mayes' subject P-320 also did not have the safety lever return spring installed which is needed to fully retract the safety lever after the trigger is released. This spring can also be considered part of the safety features, and its discontinued use by SIG SAUER also contributes to uncommanded discharges as the safety lever does not work as fully designed. This is shown in Figure 10.



Figure 10 - CT scan of safety lever with no return spring

8. Several other items identified in Mr. Peter Villani's reports (dated January 2021 and April 2021) would contribute to variation and inconsistent operation of each firearm.  These include, but are not limited to: sear loading imbalance, sear springs making contact with the sear housing and wearing, trigger mechanism dragging on housing of FCU, and trigger spring making contact with the magazine.

Firearm certification testing is required in California and Massachusetts for any firearm manufacturers intending to sell their products in those states.  After passing the firing portion of this certification testing, a loaded firearm also has to be dropped from a height of one-meter, in various orientations, with no discharge of the firearm allowed.  The SAAMI drop height requirement is four feet and the firearm is dropped onto a high durometer rubber mat.[1]  The SIG SAUER P320 is listed on Massachusetts approved firearms roster, but no other test data has been reviewed from SIG SAUER on the performance of the P320 relative to these state regulations, and firearm manufacturer guidelines.  While the SAAMI guidelines are voluntary, most manufacturers will test their products to these performance standards to determine the safety and reliability when subject to outside factors, like vibration and being dropped.  As stated in the SAAMI standard, "Test parameters simulate conditions where abusive mishandling could possibly result in accidental discharge".

## Exhibits

If called upon to testify at trial or hearing, my testimony will reference various exhibits, including the subject and exemplar artifacts, photographs, videos, and other documents produced during this investigation.  In addition to this report, an animation/simulation has been prepared of the P320 that accurately depicts all internal mechanisms of its fire control unit (FCU).  These images were obtained by computerized tomography and/or high-resolution photographs of the parts in question in March 2021 at North Star Imaging in Marlborough, Massachusetts.  I was present at North Star, along with representatives of SIG SAUER, Inc., when these images were taken and participated in the inspection and imaging of the firearm in question.  I also supervised the

---

[1] ANSVSAAMI Z299.S-1996 - American National Standard Voluntary Industry Performance Standards Criteria for Evaluation of New Firearms Designs Under Conditions of Abusive Mishandling for the Use of Commercial Manufacturers

creation of the animation/simulation, and sample screenshots are included throughout this report. A more detailed listing of exhibits will be produced in accord with orders of the Court.







## Summary and Conclusions

The opinions and conclusions detailed in this report are held to a reasonable degree of scientific and engineering certainty. They are based on engineering education, experience, and training, as well as the work conducted to date and the information available at this time. This report will be supplemented as required, based on new information.

Based on the investigation and the work conducted to date, the physical evidence supports Mr. Mayes' description of the circumstances of his accident. The SIG SAUER P320 at issue, being carried in a Kydex holster by Mr. Mayes at the time of the uncommanded (no trigger pull) discharge incident, was defective and unsafe for use. Normal and expected movement and vibration while holstered can cause an accidental discharge given the defective conditions described in more detail in this report, which includes:

1) Surface quality (no secondary processing) of interfacing sear step and striker foot.
2) Axial variation of striker pin after each slide movement causing misalignment of safety lock tab to striker pin, and the striker foot lateral position to the sear step face.
3) Ability of the slide (and therefore the striker assembly) to move vertically relative to the sear reducing the interfacing surface contact area even further.
4) The sear is unable to fully rotate forward to allow flat engagement of the striker foot.
5) The removal of the safety lever return spring by SIG SAUER allows the lever to rotate out of position when the pistol is carried in a muzzle down orientation.

**Report Prepared by:**

Timothy M. Hicks, P.E.
Principal Engineer
IL PE License No. 062-064524
Expires November 30, 2021

**Reviewed and assisted by:**

Roch J. Shipley, Ph.D., P.E., FASM
Principal Engineer
IL P.E. License 062-048091
Expires November 30, 2021

**Attachment A**



# Timothy M. Hicks, P.E.
## Principal Engineer
tmhicks@proaaci.com
331-229-3317

2012-Present   **Professional Analysis and Consulting, Inc. –** Lisle, Illinois

Performs engineering investigations and failure analysis from a mechanical engineering perspective.  Projects have involved design analysis, product liability, intellectual property, manufacturing, accident investigation and reconstruction, fire cause and origin, and component testing.  Manages and directs large, complex projects involving multiple parties and disciplines.  Vehicle experience includes commercial vehicles, automobiles, RVs, motorcycles, buses, trains, agricultural, and construction equipment.  Non-vehicle related projects have involved medical, athletic, and wheelchair accessibility equipment, forklifts, elevators, wind energy systems, lawn equipment, bicycles, plumbing, consumer products, and other mechanical systems.  Additionally, he has investigated product packaging failures, aerosol dispenser failures involving impact, projectile and temperature/pressure studies, mechanical design, and systems modeling.

2010-2012   **Packer Engineering, Inc**. – Naperville, Illinois

Senior Director of Engineering responsible for consultation in the areas of failure analysis, accident investigation and reconstruction, product testing, and design review.  Managed projects in a broad range of vehicles including automobiles, SUV's, commercial trucks, RV's, buses and coaches.

2007-2010   **Motor Coach Industries International**, Schaumburg, Illinois

Director of Program Management responsible for establishing a new corporate based group of engineers to develop and introduce new product initiatives for all product and processing areas for luxury coaches.  Implemented plans to identify cost reduction projects, developed industry leading proposals for new coach development projects, provided recommendations for improving product and program development processes, and identified and pursued alternate suppliers for major systems and modules for coach production.

2004-2007   **Hendrickson International**, Woodridge, Illinois

2005-2007   Senior Engineering Manager responsible for directing three engineering groups that included front suspension, concept development, and elastomers for the commercial truck, school bus, and RV markets.  Developed and launched industry-leading high capacity independent front suspension for motor home and fire truck markets, established process and initiatives for generating constant flow of projects in the concept development group to sustain advanced engineering activities.

| | |
|---|---|
| 2004-2005 | Senior Engineering Manager responsible for Current Products and Specialty Vehicles product development and process improvement, utilizing CAD, FEA, and ADAMS simulation.  Projects included cost reduction, continuous improvement, and warranty analysis for commercial and vocational trucks, school buses, and military vehicles. |

1998-2004    **Oxford Automotive Inc**., Troy, Michigan

| | |
|---|---|
| 2003-2004 | Director, Product Engineering that managed product development engineers and CAD/FEA departments for automotive OEMs.  Products included metal fabricated, welded, machined and stamped components and systems. |
| 2003 | Director, Continuous Improvement that developed corporate strategy for cost reduction initiatives utilizing lean principles and Value Analysis/Engineering techniques |
| 1999-2003 | Program Manager who successfully managed suspension module program for a major OEM, taking the project from concept through launch.  This included design development, tooling, capital equipment development, quality planning, and manufacturing set-up. |
| 1998-1999 | Engineering Manager recruited to develop strategy for suspension module business growth, design development, analysis, prototyping, and validation of suspension module program for a major OEM. |

1986-1998    **General Motors Corp.**, Lansing and Warren, Michigan, and Lordstown, Ohio

Progressed through various product engineering roles with increasing responsibilities.  Areas of responsibility included product planning, validation and testing, design development, ride and handling, and new product leadership.  Products included front and rear suspensions, steering, brakes, engine mounts, drive axles, bearings, ABS/ETS, fuel systems, wheels and tires, jacks and exhaust.

1983-1986    **Progressive Blasting Systems**, Grand Rapids, Michigan

Machine design experience developing CAD skills, and hands on understanding of many manufacturing processes, including welding, machining, assembly, paint, and product quality.

**ACADEMIC**

| | |
|---|---|
| M.S. | Rensselaer Polytechnic Institute - Engineering Sciences<br>Management of Technology (1997) |
| B.S. | Michigan Technological University - Mechanical Engineering<br>Solid Mechanics – Design (1983) |

**CONTINUING EDUCATION**

- Reliability Forecasting, GM (1988)
- Vehicle Dynamics, Kettering (1990)
- Limit Handling, GM (1994)
- Commercial Tire Dynamics, Michelin (2009)
- Traffic Accident Reconstruction Methods, SAE (2010)
- Vehicle Crash Data Retrieval Technician Level 1 & 2, Northwestern University Center for Public Safety (2013)
- Vehicle Crash Data Retrieval Data Analyst, Northwestern University Center for Public Safety (2013)
- Vehicle Dynamics Basics for Off-Highway Trucks, SAE (2014)
- Reconstruction and Analysis of Motorcycle Crashes, SAE (2015)
- Operator Safety Training Program – Forklift Class IV and V, OSHA (2020)
- Crash Investigation and Reconstruction Aerial Photogrammetrist, Northwestern University Center for Public Safety (2017)
- Applying Automotive EDR Data to Traffic Crash Reconstruction, SAE International, (2021)

**COMPUTER SKILLS**

- CAD/FEA/CAE Tools
- ADAMS Simulation
- MS Office Suite

**PROFESSIONAL REGISTRATION AND AFFILIATIONS**

- Professional Engineer, State of Illinois (License No.: 062-064524)
- Professional Engineer, State of Michigan (License No.: 6201059697)
- Professional Engineer, State of South Carolina (License No.: 30197)
- Professional Engineer, State of Texas (License No.: 131428)
- Professional Engineer, State of Wisconsin (License No.: 47825-6)
- American Society of Mechanical Engineers (ASME)
- Society of Automotive Engineers (SAE)
    - Chairman, Chicago Section (Current)
    - Crash Data Collection and Archiving Standards Committee (Current)
- National Society of Professional Engineers (NSPE)
- National Safety Council (NSC) Transportation Division (2016)

**PATENTS**

1. Hicks, Timothy M. and Jennings, Daniel E., "Rear Suspension Mounting Feature and Method," 6,401,319 (2000)

2. Hicks, Timothy M. and Jennings, Daniel E., "Trailing Twist Axle and Method of Manufacture," 6,533,300 (2000)

**PRESENTATIONS**

1. Hicks, Timothy and Shipley, Roch, "Testing – Techniques and Examples – Structural Integrity", American Society for Quality Presentation, Reliability Division, October 2019

2. Hicks, Timothy, Shipley, Roch, Koehler, Michael, "Testing: Techniques and Examples, Making Evidence-Based Decisions", American Society for Quality Presentation, Reliability Division, February 2019

**Attachment B**



## Mayes v. SIG SAUER, Inc.

Project No.: 1859

| | Classification | Description |
|---|---|---|
| 1. | Animation | Animation / Simulation, High Impact |
| 2. | Background Compiled | ANSI/SAAMI Z299.5-1996 (Reaffirmation of ANSI/SAAMI Z299.5-1990) American National Standard Voluntary Industry Performance Standards Criteria for Evaluation of New Firearms Designs Under Conditions of Abusive Mishandling for the Use of Commercial Manufacturers |
| 3. | Background from Client | P320 Upgrade Guide (YouTube) |
| 4. | Background from Client | Various news articles and video reports |
| 5. | Data | Xray images, CT scans, and data |
| 6. | Expert | Report of Peter Villani, April 2021 |
| 7. | Expert | Report of Peter Villani, January 2021 |
| 8. | Photographs | Photographs |