Review of CT scans of subject Sig Sauer P-320's and further examination of Exemplars

1) On March 17/18, 2021, a CT scan was performed on four subject Sig Sauer P-320's. This examination was an attempt to view possible internal design and/or manufacturing defects that could not be viewed externally.

2) All four subject P-320's and three exemplars were also photographed afterwards.

3) After examining the CT scans on all four subject P-320's, I found the following design and manufacturing defects which appeared in all four P-320's,(Kneski,Frankenberry,Guay and Mayes)

4) (DESIGN DEFECT) A rear view of the striker foot channel in the slide showed an excessive gap vertically along the striker foot which allows the striker to have excess lateral movement within the channel from left to right causing the striker foot to not only make an improper connection to the sear, but also can cause the safety lock tab that makes contact with the parallel horizontal plain of the striker to be out of alignment.

5) This misalignment could cause minimal contact between the safety lock tab and the rear vertical portion of the striker,which in turn can cause the safety lock tab to ride over the striker causing an uncommanded discharge as it moves upwards.

6) (DESIGN DEFECT) Also, the CT scan showed that the safety lock has a poor fit between itself and the striker as the safety lock tab showed a top gap between itself and the striker body. This gap reduced contact between the two parts.

7) The safety lock also showed an excessive gap along its vertical plain which allowed the safety lock to move laterally also creating further misalignment between the striker and safety lock.
8) (MANUFACTURING DEFECT) Enlargement photographs of the three exemplars safety lock tabs show significant unevenness of the contact surface of these tabs. This is also another contributing factor in an uncommanded discharge as the safety lock tab could ride over the vertical wall of the striker .

9) (DESIGN DEFECT) The CT scan also showed lack of contact between the sear and striker foot as the overall height of the foot was not fully in contact with the overall height of the sear.

10) (DESIGN DEFECT) On both non upgraded and upgraded models, the sear also did not make full contact with the striker foot as the body of the sear below its pivot point would "bottom out" prematurely not allowing the sear to rise fully to engage the entire striker foot interface.

11) (DESIGN DEFECT) Another issue that the CT scan showed was that both sear spring coils drag along the sear housing which could prevent the sear from rising to make full contact with the striker foot as both springs bowed outward during their travel. These springs should have no contact except with the bottom of the sear as the sear travels up or down.

12) (MANUFACTURING DEFECT) Also evident in photographs previously taken of exemplar #2, as well as the Frankenberry subject P-320, you can clearly see drag marks on the inner back edge of the sear and corresponding scrape marks along the center raised portion of the sear housing. The exemplar sear (photographed removed from the FCU), shows excess "rollover" on the rear portion which makes contact with the center spine of the sear housing during its travel up and down. All sears showed signs of different sizes within their respective FCU's. This is due to the MIM process and varying

degrees of final shrinkage during the production process by Sig Sauers sub contractors.

13) (DESIGN/MANUFACTURING DEFECTS) The combination of the sear springs dragging along the sear housing channel,the inner rear portion of the sear dragging along the center spine of the sear housing and the "bottoming out" below the sear pivot point can contribute to the lack of upward pressure needed to maintain proper contact against the striker foot overlap which would prevent the striker from slipping off of the sear and resulting in an uncommanded discharge.

14) (DESIGN DEFECT) I also noticed in the CT scans of all four subject P-320's that the vertical alignment of the striker foot was farther to the left rather than being designed to be positioned directly over the center of the sear and springs. This misalignment can contribute to the lack of even spring pressure and the proper rise of the sear. Uneven spring pressure can result in the sear being able to also move slightly diagonally within its vertical channel.

15) (DESIGN DEFECT) The Guay, Kneski and Mayes subject P-320's also showed striker and sear overlap as previously discovered in the other examined P-320's. This appears to be a consistent problem throughout all P-320 pistols.

16) The Kneski and Mayes subject P-320's were also missing their safety lever return springs which is needed to fully retract the safety lever after the trigger is released.This spring can also be considered a safety part as well, and its discontinued use by Sig Sauer also contributes to uncommanded discharges as the safety lever does not work as fully designed.

17) MANUFACTURING DEFECT) Further examination of these P-320's showed that the safety levers remained in the "out" position in direct contradiction to Sig Sauers statement on page 69 of their

"Sig P320 TECHNICAL ARMORER'S MANUAL", that states," **This spring has been eliminated from current production. The safety lever uses gravity to rest in the lowered position.**" This statement refers to the pistol being in the horizontal position (LOWERED). When the P-320 is holstered, it is in a vertical, slightly forward position. Then the safety lever would come "OUT" due to gravity, not down or lowered.

18) During the CT scans, all four subject P-320 pistols were mounted in the CT scanner in a "muzzle down" orientation which approximates a holstered condition.

19) (MANUFACTURING DEFECT) The Frankenberry subject P-320 showed excessive drag marks on the MIM produced safety lock right side which was not in other P-320 models as the MIM safety lock was eventually replaced in newer models using a stamped part instead of a MIM part. Even the newer stamped version of the safety lock tab showed signs of deformation along their outer edges which again causes minimal contact between the tab and striker.

20) (MANUFACTURING DEFECT) A closer examination of all three exemplar P-320's striker bodies, (non upgraded and upgraded) it was noticed that along the horizontal plain where the safety lock tab rides, approximately 1.5mm forward of the vertical wall of the striker that that is supposed to prevent uncommanded discharges by hitting the safety lock tab during forward travel without a trigger press, has a slight raised surface, which can act as a "launch point" for the safety lock tab causing it to move upward thereby allowing the striker to make full contact with the chambered round causing an uncommanded discharge.

21) After a careful review of the discovered design and manufacturing defects within all of the Sig Sauer model P-320 pistols that I have personally examined, I can to a reasonable degree of technical

certainty state that the four subject pistols discharged without manipulation of the triggering mechanism.

22) The evidence further supports, to a reasonable degree of technical certainty that the Frankenberry, Kneski, Mayes, and Guay subject Sig Sauer P-320 pistols were carried in a position comparable to that expected with a normal mode of common carry in or around the waist at the moment of the uncommanded discharge.

23) Also observed in the three exemplar Sig Sauer P-320 pistols were the same design and manufacturing defects as were discovered in the subject P-320's which, within a reasonable degree of technical certainty, will, at some point in time, cause an uncommanded discharge as it is apparent that all Sig Sauer P-320 pistols share the same defective parts.

End of report.